FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2014 OCT -1  PM 12: 23

Civil Action No. **14-cv-2695**

(To be supplied by the court)

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

CHARLES FAIRBANKS FRYBERGER , Plaintiff,

v.

TRIPTELEVISION, LLC ,

APPLE VACATIONS, INCORPORATED ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

## COMPLAINT

(Rev. 07/06)

## PARTIES

1. Plaintiff   CHARLES F. FRYBERGER   is a citizen of   Denver, Colorado
   who presently resides at the following address:
   5070 Benton Way, Denver, CO 80212

2. Defendant   TRIP TELEVISION LLC   is a   Nevada company
   Which is located at the following address:
   7200 S Alton Way Suite A 190, Centennial, CO 80112, United States

3. Defendant   APPLE VACATIONS INC   is a   Pennsylvania corporation
   located at the following address:
   7 Campus Boulvard #100, Newtown Square, PA 19073-3295, United States

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   This Court has jurisdiction over Plaintiff's claims for copyright
   infringement and related claims pursuant to  17 U.S.C. §§ 101, et. seq.

5  This Court has supplemental jurisdiction over Plaintiff's claims arising under the
   laws of the state of Colorado because these claims are so related to Plaintiff's claims under Federal
   Law that they form part of the same case or controversy and derive from a common nucleus of
   operative fact.

6.   Introduction:

This is an action by CHARLES FRYBERGER D.B.A. CHUCK FRYBERGER FILMS, a citizen
of Denver, Colorado, ("CFF") to recover damages arising from TRIPTELEVISION ("TTV")
breaching its contract with CFF through non-payment on services rendered,  and for breaching
its fiduciary duty to CFF, causing irreparable harm to CFF's business. This action also seeks to
recover damages and disgorge unjust enrichment arising from willful exploitation of CFF's
copyrighted works by APPLE VACATIONS ("APPLE") after receiving a large number of CFF's
copyrighted works by way of TTV, after TTV had breached its contract with CFF. CHARLES
FRYBERGER also seeks punitive and exemplary damages, and any damages the court may find
appropriate to compensate him for emotional pain and suffering, based on the totality of evidence
proving the illegal actions, the negligence ,and  the bad-faith dealings of both TTV and APPLE
in this matter.

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Breach of Contract)

7. TRIPTELEVISION ("TTV") is in the business of providing companies in the travel industry with promotional materials, including video content featuring activities and amenities of hotels, resorts, and other travel and vacation destinations.

8. CHARLES FRYBERGER ("CFF") is a sole proprietor doing business as (d.b.a.) CHUCK FRYBERGER FILMS. CFF is in the business of video production.

9. On September 4th, 2012, TTV and CFF entered into a contract whereby CFF would create promotional materials for TTV in exchange for payment.

10. The types of services provided by CFF would vary from one project to another, but could include any of the following activities required by TTV, including but not limited to: Pre-production and planning, Customs and logistics, Crew coordination, Cinematography, Lighting, Directing of actors and extras, Production management, Data management, Archive and storage of data, Editing, Music selection, Music and sound editing, Color correction, Design and placement of graphic elements both static and moving, Encoding and Compression, and Final upload and delivery.

11. The contract between TTV and CFF divides the varied types of work into two basic categories: Production and Post-Production, with Production being billed at a flat rate of $400 per day and Post-Production being billed according to the number of minutes of finished content that was delivered during the month.

12. Billing terms were specified at 'net-30', meaning a bill would be submitted by CFF at the end of each month to cover the work delivered during that month, and TTV would then have 30 days in which to make full payment.

13. On December 1st 2012 TTV breached the contract by not paying for the work delivered during October. Full payment was due by November 30th, 2012 .

14. TTV would remain continuously in breach of contract for non-payment until CFF terminated the contract effective March 31 2013.

15. No argument was made as to the quality or timeliness of any of CFF's services.

16. No argument was made as to the accuracy or total amounts of CFF's billings.

17. TTV made payments to CFF during the time they were in breach of contract, including several payments after CFF had terminated the contract. However, at no point were the payments sufficient to cover the outstanding balance owed.

18. On Wednesday, April 3rd 2013, TTV agreed to pay CFF interest on the balance owed at the rate of 6.5%.

19. The last payment to CFF was recorded on August 1st 2013 in the amount of $600, leaving a substantial amount outstanding.

20. As of September 17, 2014, the total amount owed to CFF by TTV is $140,998 of which $128,481.64 is due for work performed under the contract, and the remaining $12,516.36 is due under the agreed-upon 6.5% interest rate.

21. TRIPTELEVISION's failure to pay for services rendered constitutes a breach of the contract with CFF.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Breach of Fiduciary Duty)

22. Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 6 through 21, inclusive.

23. On December 1st, 2013 when TTV first fell behind in their payments to CFF, a relationship of trust and fiduciary duty was created. CFF began to inquire as to when TTV's payments would return to compliance with the contractually agreed-upon terms.

24. While it is fairly common for a company to fall behind from time to time in paying their bills, the actions of TTV over the following months was in breach of a fiduciary duty that was clearly owed to CFF.

25. Even as TTV fell behind in their bills, CFF continued working under the terms of the contract with TTV, and remained in full compliance with the terms of said contract even as TTV fell further behind in the payments owed to CFF.

26. CFF made several requests that TTV's overdue bills be paid, and to ensure they were not late again in the future.

27. CFF trusted the truthfulness and good faith of TTV as CFF continued working under the contract. Arising from this trust, TTV owed CFF a fiduciary duty, which itself could be comprised of several duties: The first is a duty of **loyalty** -- a duty to act on behalf of the person to whom the duty is owed, and not to take advantage of, or injure, him. The second is a duty of **obedience** -- the duty to act within the bounds of the authority or trust that has been extended. The third is a duty of **care** -- the duty to act prudently. Sometimes a duty of **disclosure** of all material information is said to be a fourth duty; at the least, it is a necessary corollary of the other three duties and this duty extends to the disclosure by the fiduciary of material facts.

28. Between January 1st 2013 and March 7th 2013, TTV made several false statements both in written and verbal forms, all with a common message: payment will be coming soon.

29. After several months of delay, CFF was forced to terminate the contract with TTV, having exhausted CFF's ability to continue work without receiving payment. The total amount owed to CFF at the termination of the agreement was $146,652.08.

30. It was at this time that Thom Strimbu, the Production Supervisor for TTV and brother of KULIN STRIMBU (the CEO of TTV) stated to PLAINTIFF that TTV saw CFF as "A resource to be exploited".

31. TTV had much to gain by breaching its fiduciary duty to CFF. The vast majority of finished products CFF was delivering to TTV were sold to APPLE VACATIONS.

32. APPLE VACATIONS expressed a high degree of satisfaction with the quality of the materials being delivered to them by way of TTV.

33. TTV, through acts of bad faith and dishonesty, has caused irreparable emotional and financial harm to CFF by breaching its fiduciary duty to CFF.

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
### (Willful Copyright Infringement)

34. Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 6 through 33, inclusive.
35. After terminating the contract between CFF and TTV, CFF continued asking TTV to make payment on the services delivered, with limited success.
36. During this period of approximately four months, from April 1, 2013 to July 31, 2013, CFF suggested that TTV establish a mutually agreeable payment plan to begin paying down the debt. CFF's attorney KIM RITTER drafted a formal demand letter to attempt to engage TTV in a dialogue to resolve the unpaid bills.
37. Simultaneously, TTV continued to make deliveries to APPLE VACATIONS of materials created by CFF that were still unpaid.
38. During a meeting with KULIN STRIMBU, the CEO of TTV, PLAINTIFF demanded that his bills be paid, or that a payment plan be set up to start bringing the balance down. MS. STRIMBU stated that no payments would be forthcoming, and that any attempt to sue TTV over the matter would result in MS. STRIMBU dissolving TTV immediately.
39. On Tuesday, July 30th 2013, at which point TTV had been in breach of contract for approximately 8 months, PLAINTIFF contacted APPLE VACATIONS in a non-threatening manner to notify APPLE of the fact that CFF had not been paid for some of the creative work currently being exhibited on the APPLE VACATIONS website, and therefore no license to the creative work could possibly have been transferred. The message urged APPLE to contact CFF to discuss the matter.
40. APPLE acknowledged receipt of the message, and stated that the matter would be discussed with the appropriate supervisors within APPLE.
41. The copyright to a work initially vests in the author of the work. 17 U.S.C. § 201(a)
42. Copyright ownership can only be conveyed in a writing signed by the owner of the copyright. 17 U.S.C. § 204 (a).
43. CFF was an independent contractor for TTV, and nowhere in the contract between CFF and TTV was copyright conveyed, nor was any portion of the work done under the contract considered a 'work for hire'.
44. It is impossible for TTV to convey or license any copyrights they do not own, and they do not own any of the copyrights to the creative work that went unpaid.
45. CFF in its course of business will often execute agreements that do not expressly convey copyright to a work, instead relying on an implied license whereby the licensee, after paying for the work, is entitled to make use of the work. Therefore, the contract with TTV was not unusual for CFF and in fact represents an important method of recourse to CFF for unpaid bills, since intellectual property is difficult to repossess and often has limited market value once it has been distributed.
46. Prior to August 1st, 2013, APPLE VACATIONS was infringing on CFF's copyrights, albeit unknowingly.
47. Following August 1st, 2013, APPLE VACATIONS was willfully infringing on CFF's copyrights.

48. CFF has made multiple audits of the APPLE VACATIONS web site, and kept careful records of its findings. CFF has in its possession, and will present in court, over 8 separate audits of the APPLE VACATIONS website, in which each audit reveals a different set of CFF copyrights being violated.

49. Throughout 2013, TTV and KULIN STRIMBU, in addition to delivering the infringing works to APPLE VACATIONS, also uploaded many of the works in question to YouTube. In early 2014, CFF issued copyright complaints to YouTube asking for the removal of infringing content. TTV contested the claims but YouTube found CFF's claims to be correct. YouTube removed the infringing videos and also terminated the accounts belonging to TTV and to KULIN STRIMBU.

50. On August 28, 2014, more than a year after CFF first notified APPLE VACATIONS of it's copyright infringement, the three parties (CFF, TTV, and APPLE) met to discuss a possible settlement.

51. The conduct of both APPLE VACATIONS and TRIP TELEVISION during the meeting is evidence of the bad faith business dealings of both companies.

52. MARK NOENNIG, the Vice President of APPLE VACATIONS made disparaging remarks about CFF after the meeting concluded.

53. CFF eventually agreed to a revised version of the settlement offer, with additional monies to be paid due to the disparaging remarks made by APPLE. The offer would release TTV and APPLE VACATIONS from any legal claims in the future.

54. CFF agreed, executed, and complied with all requirements of the agreement.

55. APPLE VACATIONS failed to provide the funds to TTV that TTV needed to make payment on the settlement, and subsequently, TTV failed to issue payment.

56. Having exercised a good faith effort to settle the matter out of court, CFF now seeks the protection of United States Copyright Law to make his company whole and to repair the damage inflicted by TTV and APPLE VACATIONS as a direct result of their copyright infringements and their unethical and bad-faith business dealings in this matter.

57. Damages for copyright infringement are set forth in 17 U.S.C. §504.

58. CFF seeks damages due under United States Copyright law, particularly: U.S.C. 17 § (504) (b).

59. Under U.S.C. 17 § (504) (b), the owner of a copyright is entitled to:

> "...recover the actual damages suffered by him or her as a result of the infringement, and any profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages. In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work. "

60. However, in case law, the copyright owner is not only required to present proof of the infringers gross revenue, but also to create a 'plausible nexus' or 'quantum of causation' between the infringement and the revenue being contemplated for disgorgement. (see 296

F.3d 909: Jack Mackie, Plaintiff-appellant, v. Bonnie Rieser; Seattle Symphony Orchestra Public Benefit Corporation, a Washington Nonprofit Corporation).

61. In the matter of CFF vs TTV and APPLE, the plausible nexus is not difficult to establish. The infringing content makes up a large majority of the video material on the Apple Vacations Website.

62. The efficacy of video in attracting customers and increasing sales has been well documented in several scientific studies. VFM Leonardo, another company APPLE VACATIONS utilizes to display video content (including many of the infringing works) through the APPLE website, has documented that

"... sites with video content increase conversion by 46%".
" 52% of consumers feel watching an online product video makes them more confident in their purchase"
"Visitors who view product videos are 85% more likely to buy than visitors who do not."
"As the experiences of our clients attest, you can increase online booking activity by 30% or more."

63. Due to the extensive number of copyrights that were infringed, and the fact that the presence of various infringing materials changed over time, it may be complex to account for the details of every single infringement. The statute and the case law are very clear however in burdens borne by defendants in copyright infringement matters. After the plaintiff has shown proof of infringement, a plausible nexus between the infringement and the defendant's unjust enrichment, and presented proof of the infringer's gross revenue, the burden then shifts to the defendant to prove what revenue came from sources not connected to the infringement.

64. In computing the actual damages and profits owed to PLAINTIFF, we can look at the two parts separately.

65. Actual Damages would be the price for which PLAINTIFF would have been able to license the works to APPLE VACATIONS provided PLAINTIFF were a willing seller and APPLE VACATIONS were a willing buyer. CFF would have licensed all material for the price he was owed at the time of his first contact with APPLE, a sum of $141,000.

66. In computing profits attributable to the infringement, we consider the following:

67. APPLE VACATIONS was first notified of copyright issues on July 30 2013, and then notified several times subsequently.

68. As of this filing, some of the copyrighted material has been in use for up to approximately 18 months. A large amount of material has been in use for over 14 months since notice was first given to APPLE about copyright concerns.

69. Public information places APPLE VACATIONS annual gross revenue in the range of $100,000,000.00 annually (one hundred million dollars). This means APPLE has grossed approximately $117,000,000.00 (one hundred seventeen million dollars) during the time the infringing materials were in use.

70. PLAINTIFF references *Andreas v. Volkswagen of America, Inc.*, 336 F.3d 789, 796 (8th Cir. 2003), in which PLAINTIFF was awarded 10% of profits resulting from

infringement of a copyright. In this case, Volkswagen's advertising agency lifted several lines of a poem written by Andreas, made modifications to the wording, and then included the modified version of the poem in an advertisement for the TT roadster automobile, which also contained additional elements such as footage of the car, music, and graphic elements. The complete commercial was delivered to Volkswagen for use as a broadcast commercial.

71. CFF vs. TTV and APPLE is similar to Andreas vs. Volkswagen in that the infringing material was both *sold*, (to APPLE by TTV) and also *used to sell something* (to consumers). In both cases, one principal injustice can be corrected by the court: the fact that the only person who has not benefited from the creation of the work is the creator himself.

72. One important difference is that in the matter of CFF vs APPLE VACATIONS, the entirety of the copyrighted work was exploited, unmodified and without any additional creative input. It was brazenly used without permission and exploited in its original form.

**8**
(Rev. 07/06)

## REQUEST FOR RELIEF

73. Plaintiff requests the following relief:

74. WHEREFORE, In the matter of Breach of Contract, PLAINTIFF CHARLES FRYBERGER respectfully requests judgment in the amount of $141,000.

75. In the matter of Breach of Fiduciary Duty, PLAINTIFF CHARLES FRYBERGER respectfully requests judgment in the amount of $175,000 and any other award the court finds to be just.

76. In the matter of Willful Copyright Infringement, PLAINTIFF CHARLES FRYBERGER respectfully requests judgement in the amount of $1,170,000 less the amount of $141,000 referenced in paragraph 74 (so as to avoid double-recovery), for a total of $1,029,000 and any other award the court finds to be just.

77. CHARLES FRYBERGER also seeks additional damages the court may find appropriate to compensate him for emotional pain and suffering, and punitive damages based on the totality of evidence of negligence and bad-faith dealings of both TTV and APPLE in this matter.

## JURY TRIAL DEMANDED

Date: _Sept 30 2014_

_____
(Plaintiff's Original Signature)

_5070 Benton Way_
(Street Address)

_Denver CO 80212_
(City, State, ZIP)

_303- 917- 1692_
(Telephone Number)

(Rev. 07/06)



**CHUCK FRYBERGER FILMS**

5070 Benton Way
Denver, CO 80212
Chuck@ChuckFryberger.com
303-917-1692

Trip Television Breach of Contract,
Trip Television Breach of Fiduciary Duty, and
Apple Vacations Copyright Infringement

The purpose of this document is to clearly lay out my reasoning and the underlying statutes and case law that support my claim to financial damages from Trip Television and Apple Vacations. I am not a lawyer and none of the wording here is coming from a lawyer except for the materials in some of the exhibits.

## Events in Chronological Order

1) My company created a large number of commercials under a contract with Trip Television LLC. (TTV) The contract specified that I would be paid for my services.
   1. (exhibit 1: Master Service Agreement)
   2. (exhibit 2: Spreadsheets detailing projects)
2) The contract does not state that the work would be on a 'work for hire' basis, and is devoid of language transferring ownership of the copyright to the works or any component of the created works. (see exhibit 1)
3) After several months of operating under this agreement, Trip Television made a fundamental breach of the contract through non-payment for services rendered.
   1. (exhibit 3: Written correspondence informing TTV of their failure to pay)
4) There was no disagreement about the quality or timeliness of the materials and services delivered to TTV. CFF continued to operate within the bounds of the Master Service Agreement.
5) CFF immediately voiced concern about TTV's failure to pay.
   1. (exhibit 4: correspondence)
6) TTV made several statements in writing, communicating that  full payment was forthcoming.
   1. (exhibit 5: correspondence)
7) TTV made several statements verbally, explaining why payment was delayed, but that full payment was to be expected soon. The false statements were not uncharacteristic for TTV.
   1. (exhibit 7: Amy Baumberger Testimony)
8) CFF accepted these statements and continued to work under the terms of the agreement in good faith.
9) After several months, TTV failed to make any substantial payment against the amount owed.
   1. (exhibit 8: TTV Statement of Account)
10) CFF terminated the agreement, effective March 31 2013.
    1. (exhibit 9: correspondence)

11) Even after TTV's fundamental breach, CFF remained within the bounds of the master service agreement, including transferring all creative assets to TTV hard drives upon termination of the agreement.

12) Over the next months, CFF made several attempts to get TTV to pay, or to establish a payment plan.
   1. (exhibit 10: demand letter from Kim Ritter etc)

13) In a state of duress (exhibit 11: correspondence and letter from Lacey Mashinter), CFF offered to sell his company to Bob Holt (the husband of TTV CFO Beth Holt). In the presence of his CPA Jim Parks he made a verbal offer of $600,000 but then failed to make any substantial down payment, or sign any written agreement.

14) After 9 months without TTV being current in their bills, CFF approached Apple Vacations, informing them in a non-threatening manner that CFF's copyrights were being infringed, and seeking to initiate a dialogue that could lead to resolution.
   1. (exhibit 11: e-mail to Apple Vacations)

15) Apple Vacations elected to take up the matter with TTV instead of CFF, only informing CFF that they would talk with TTV about the matter.
   1. (exhibit 12: e-mail from Apple Vacations)

16) TTV immediately issued a Cease and Desist Letter to CFF, threatening a lawsuit if CFF further contacted Apple Vacations.
   1. (exhibit 13: cease and desist letter from TTV council)

17) Several months passed without Apple making inquiry to CFF as to whether resolution had been reached.

18) In January 2014, CFF's council, Peter Lemire, issued a demand letter to Apple Vacations, asserting CFF's copyright and demanding payment for the infringement.
   1. (exhibit 14: demand letter from Peter Lemire)

19) Apple once again deferred to TTV to find resolution.

20) During February and March of 2013, CFF located many of it's copyrighted videos on YouTube.com. CFF filed copyright notices with YouTube and they promptly took action, canceling the TripTelevison channel and Kulin Strimbu's personal channel as well, despite counter-notifications from TTV defending their ownership of the materials by mis-appropriating the confidentiality clause of the Master Service Agreement. (see sec. II below)
   1. (exhibit 14b: Notification of copyright take-downs)

21) TTV engaged in several threatening letters to CFF, construing the Master Service Agreement to try to cover aspects of copyright it does not cover, and questioning the amount of money owed, inferring that the total sum owed was approximately $6000.
   1. (exhibit 15: Letters from TTV)

22) On June 13, CFF wrote Apple Vacations seeking resolution and correcting errors in TTV's correspondence.
   1. (exhibit 16: letter from P. Lemire dated June 13)

23) Apple made no dispute as to the legitimacy of CFF's copyright claim, but replied via phone and later in a written summary that CFF's attempt to enforce it's copyright was "tantamount to extortion". Apple offered $5000 as a settlement and CFF did not accept.
   1. (exhibit 17: Jim Sims summary of phone conversation)

24) On July 12 2014, CFF notified Apple Vacations council that the matter would now be entering litigation.
   1. (exhibit 18: e-mail to J. Sims)

25) Apple Council contacted CFF and arranged a phone conference, which took place Wednesday July 16th for approximately 90 minutes. CFF detailed the entire narrative during the conversation and followed up with exhibit 19, an email with several attachments.

    1. (exhibit 19: email to J. Sims dated July 18)

26) Following this, Apple council contacted CFF by telephone, this time offering $18,000 as a settlement, stating that these funds were reserved for payment to TTV for video portal services, but that they would be willing to pay them to CFF instead. Apple Council still made no questions as to the legitimacy of CFF's claim to the exclusive copyright of the works in question. CFF declined the offer and followed up, again stating CFF's intent to bring the matter to federal court. CFF performed an audit of the Apple Vacations Website, identifying many videos still in use.

    1. (exhibit 20: followup email to j.sims dated August 16)
    2. (exhibit 21: August 16 website audit)

27) In response to CFF's communication, an in-person meeting was arranged with Chuck Fryberger, Mark Noennig (the VP of Apple Vacations, and a representative of TTV.

28) The meeting took place in Denver, Colorado on August 28th.

29) Peter Strimbu, the TTV representative invited to the meeting, made several false statements, and produced no written evidence to support them. CFF had all the exhibits listed here but Mark Noennig expressed little interest in the facts of the infringement. TTV presented a settlement offer stating that a payment of $60,000 would be issued from an insurance company. Following the meeting, Mr. Noennig made disparaging remarks about CFF to Mr. Strimbu.

    1. (exhibit 22: Evidence of disparaging remarks)
    2. (exhibit 23: Proposed settlement from TTV declaring payment would come from 'insurer')

30) Following the disparaging remarks, an additional $25,000 was added to the amount offered to CFF in settlement, acknowledging that CFF was disparaged by TTV and Apple Vacations.

    1. (exhibit 24: the executed agreement, bearing Kulin Strimbu's signature, reflecting the addition of monies and acknowledging disparaging remarks.)
    2. (exhibit 24b: e-mail from Troy Rackham threatening to sue CFF and acknowledging monies added due to concerns of disparaging remarks.)

31) CFF questioned the assertions of TTV's attorney that TTV had set aside the necessary $85,000 to pay the settlement.

    1. (exhibit 25: e-mail to Troy Rackham expressing scepticism about payment)

32) CFF executed the revised agreement, with $85,000 payable to CFF within 5 business days.

    1. (see exhibit 24)

33) TTV failed to issue the payment to CFF required by the contract.

    1. (exhibit 27: admission from Troy Rackham of TTV's failure to pay)

34) CFF, having attempted to resolve the issue in good faith, has no recourse other than legal filing.

35) CFF begins the process of registering copyrights with the US copyright office.

36) On September 30, 2014, CFF is contacted by Jim Sims, the attorney for APPLE VACATIONS. JIM states that APPLE would like to offer CFF $10,000 in exchange for a release. CFF declines the offer.

    1. (exhibit 28: summary of phone conversation)

37) September 30, 2014. CFF conducts an audit of the APPLE VACATIONS website, revealing many infringing works being exploited.

    1. (exhibit 29: results of Sept 30 audit)

38) CFF completes copyright registration application in order to bring suit against both TTV and APPLE.

    1. (exhibit 30: unpaid invoices directly correlated to copyrights sought)
    2. (exhibit 31: information from copyright office)



## MASTER SERVICE
## AGREEMENT

This Agreement (the "Agreement") is entered into and is effective as of the 15th day of August, 2012 (the "Effective Date") by and between TripTelevision, LLC, (hereinafter "TTV") with offices located at 7200 S. Alton Way, Suite A190, Centennial, CO 80112 (hereafter referred to as TripTelevision) and Chuck Fryberger Films (hereinafter "CFF") with offices at 1425 W. 13th Ave., Denver, CO 80204, (also referred to as the "Party" and jointly referred to as the "Parties").  This Master Service Agreement supersedes all previous Agreements.

**WHEREAS** the parties wish to enter into a business relationship wherein TTV wishes to receive pre-production, production, and post-production services and CFF wishes to provide such pre-production, production, and post-production services to TripTelevision (the "Purpose").

**NOW THEREFORE,** the parties agree as follows:

- **TERM.**  The initial term of this Agreement shall be for a period of six (6) months from August 15, 2012.  This Agreement will be extended automatically after February 15, 2013 for another twelve (12) month period. The term shall be broken into one month periods beginning on September 1, 2012 ("Month Period").

- **Deliverables.**  CFF services will include one or more project managers to include Amy Baumberger, one or more Producers, shooter and or editors to include Nick Owen, adequate edit bays, and professional, experienced pre-production, production, and post-production staff, capable in assisting CFF and TTV to meet agreed customer delivery deadlines.  All fixed monthly charges will include project management, pre-production, post-production, editing, timely delivery (based on customer requests), graphics (both motion and still), edits, voiceovers, talent (as approved), music, and other elements required for a finished production.

    a. **Discounted Rate**.  CFF agrees that TripTelevision work will not be made secondary to other CFF work and will be given equal priority for finished work and timely deliverables.  CFF understands that a failure to complete any agreed upon work with TTV because CFF prioritized and spent time on another project will result in harm to TTV's business.  CFF agrees to reduce its fees entire, fee including Tiered Payments as well as additional payments found in section 4 and section 5 by thirty-five (35%) for the project affected by untimely work where the client does not impact timey delivery ("discounted rate").  The Discounted Rate only applies to the current project affected.

- **Payment**.  CFF agrees to provide preproduction, production, and post-production services to TTV.  TTV agrees to pay a monthly fee for CFF's work**.**

1

a. Finished Production Work.  Finished production work is defined as video which is satisfactory and approved by TTV and the end user/customer.

- **Tiered Payment.** TTV agrees to pay CFF on a monthly payment schedule.  Payments will be based on a fixed base amount to cover services and personnel as outlined in Article 2 plus an additional amount of money dependent on the number of minutes of Finished Production Work CFF delivers to TTV during each Month Period as follows: For each month CFF works with TTV, TTV agrees to pay either 1.)  $16,000 (sixteen thousand dollars) for up to forty-nine (49) minutes of finished production work. or 2.) If CFF provides between 50 (fifty) minutes and 119 (one hundred nineteen) minutes of Finished Production Work, TTV agrees instead to pay a flat fee of $18,000 (eighteen thousand dollars) for that month or 3.)  If CFF provides 120-160 (one hundred twenty to one hundred sixty) minutes of Finished Production Work, TTV agrees instead to pay a fee of $20,000(twenty thousand dollars) for that month (Items 1. through 3. to be referred to hereinafter as the "Tiered Rate".)

- **Additional Payment.** TTV also agrees to also pay CFF an additional rate each month as follows:  for every approved Minute of Finished Production Work CFF delivers, from zero (0) to forty-nine (49) minutes in a Month Period, TTV will pay fifty dollars ($50.00) per minute.  For every Minute of Finished Production Work CFF delivers, after 49 minutes up to 119 minutes during that same month, TTV will pay for those additional minutes at a higher rate of one hundred dollars ($100.00).  For every completed and delivered production minute CFF delivers after 119 minutes up to 160 minutes in the same month, TTV will pay for those additional minutes an even higher rate of one hundred and fifty dollars ($150.00) per minute for every completed and delivered production minute.  All minutes must be finished and approved in the same one month period of time.

  - Duplicate versions of work.  The Parties agree that duplicate versions of a completed piece of work, which require only graphic changes, will be calculated as half minutes for the purpose of the Tiered Rate as well as for section 5 Additional payments.

  - Time.  The Parties agree that any finished pieces of work that require longer than five (5) finished minutes will be billed at an agreed upon minute rate by both Parties.

  - Approved Minutes.  The Parties agree that TTV will approve any and all minutes calculated into monthly deliverables.  Both Parties agree that a system for approval will be established and agreed upon by TTV and CFF by September 5, 2012 ("Approval System").   The Approval System will be agreed on by the Parties in writing.

- **Billing.** CFF agrees to bill TTV one month in arrears for TTV for the previous month's calculated minutes after September 1, 2012. CFF will credit the initial month with the previously pre-paid amount of $7,000 (Seven thousand dollars) by TTV, and the remainder of the highest tier amount shall be paid by TTV prior to September 15, 2012.

- **Non-standard Work**. CFF and TTV agree the terms of work outside of standard post-production will determined between the Parties on a per project basis.

- **CFF Responsibilities.** CFF agrees to provide production crews and equipment for a flat daily production rate of four hundred dollars ($400.00). This rate includes crew time and equipment. This rate does not include travel or crew-incurred expenses, including baggage fees. Crews must follow the TTV travel policy and submit an expense report in order to receive reimbursement of expenses. (A copy of the travel policy and expense report is attached, as exhibit A and B and are part of this Agreement.)

- CFF Management. CFF agrees to manage all production staff on behalf of TTV. CFF agrees to allow TTV to 'white-label' all CFF production services, staff, and crew. TTV will provide email addresses, phone extensions, business cards, and/or any additional business items that will allow them to represent TTV to customers over the phone, electronically, or in person. At no time will any CFF employee or contractor represent CFF to any TTV customers or potential clients.

  - *Current and Potential TTV customers and clients.* CFF agrees that at no time will any CFF employee or contractor represent CFF to any TTV customers or potential clients.

- **Terms of payment.** CFF and TTV agree the terms of payment are to be net 30 days following the invoice date on CFF's production bill, unless otherwise specified in a secondary addendum or Statement of Work.

- **Provided Content**. TTV agrees to provide CFF with a hard drive every two (2) weeks. CFF agrees to copy all pre-production, production, and post-production video, including video content files, finishes or unfinished, graphic files, and partially finished project work (the "Content") from the previous two (2) weeks onto the hard drive provided by TTV. CFF agrees to provide TTV with twice-monthly data backups on a provided hard drive, for transportation and storage at an off-site facility of their choosing. TTV will withhold payment if content is not transferred within seven (7) days after the hard drive has been delivered unless otherwise agreed upon by both parties.

- **Termination**. This Agreement may be terminated by either party by providing thirty (30) day notice in writing to the other Party. In the event of nonrenewal, termination, or expiration of this Agreement, TTV shall pay all fees incurred through the actual termination date, including any outstanding revenue share and all past due balances.

  a. *Staffing.* CFF agrees that any changes in staffing related to original TTV employees, including Nick Owen and Amy Baumberger, must be agreed upon by both CFF and TTV. In the event that CCF or TTV cancel this Agreement, CFF agrees to allow Nick Owen and Amy Baumberger the opportunity to move back to TTV without any legal or financial repercussion to Mr. Owens or Ms. Baumberger or TTV.

3

- **Effect of Termination**. In the event CFF or TTV cancels this agreement prior to the initial term, with or without cause, all fees referenced in outstanding Statements of Work, including incremental payments, shall become immediately due and payable within 90 days of the termination date. Upon cancellation, any and all video content files, finishes or unfinished, graphic files, and partially finished project work, will be immediately transferred to TTV hard drives. At no time, and for no reason, will CFF withhold any video, graphic, or content files owned or applied to TTV work. Any content not returned will result in calculated perceived and actual damages that CFF will be billed for and must reimburse immediately.

- **Confidential Information**. CFF and TTV agree that all proprietary information disclosed by TTV to CFF relating to TTV's business and the business of its subsidiaries and affiliates, including business models, market strategies, production processes, trade secrets, know-how, patents, copyrights, financial information, sales distribution strategies, internet and eCommerce strategies, devices, records, data, notes, reports, proposals, lists, correspondence, designs, formulas, developmental or experimental work, computer programs, data bases, customer lists, specifications, drawings, blueprints, sketches, materials, equipment, other documents or property, will be referred to collectively in this Agreement as "Confidential Information."

- **Non-Disclosure and Non-Use of Confidential Information**. CFF shall not disclose, publish or disseminate the Confidential Information to any third parties, other than in strict accordance with this Agreement. CFF agrees that such Confidential Information shall not be released or disclosed, directly or indirectly, to any person other than a person who has executed a counterpart of this agreement and agrees to be bound by it. CFF agrees not to use the Confidential Information otherwise than for the purpose without the prior written approval of the disclosing party.

- **Restricting Confidential Information.** CFF agrees to restrict access to the Confidential Information received from TTV to only those of its employees or independent contractors to whom access is necessary for carrying out the Agreement and further agrees to advise such employees who have access to TTV's confidential information of the obligations CFF has agreed to including providing section 9, 10, and 11 of this Agreement. CFF shall in no event use a lower degree of care in safe guarding TripTelevision's information than it uses for its own information of like sensitivity and importance. Upon discovery of any unauthorized disclosure of Confidential Information in its possession, the receiving party shall use its best endeavors to prevent any further disclosure or unauthorized use thereof.

- **Non-Confidential Information.** Confidential Information shall not include information, technical data, or know-how that (i) the receiving party can prove was in his/her/its possession prior to the time of the disclosure by the disclosing party)

4

*Thom mentioned Apple Prior to this agreement.*

(ii) is currently, or becomes publicly known through no fault of the receiving party, (iii) is received from a third party without similar restrictions and without breach of the Agreement, (iv) is approved for release by written authorization of the disclosing party subsequent to the Agreement, or (v) is independently developed by the receiving party without the use of any Confidential Information. The onus of showing that any of the above exceptions apply will rest upon the receiving party.

- **Ownership of Confidential Information.** All Confidential Information, and any derivative thereof remains the property of TTV, and no license, intellectual property rights or other rights to the Confidential Information are granted or implied hereby other than the limited right to use for the Purpose. TTV warrants that it has the right to disclose the Confidential Information to CFF. Otherwise, all information is provided "AS IS" and without any warranty, express, implied or otherwise, regarding its accuracy, completeness or performance. CFF agrees that, upon request by TTV, CFF will immediately deliver TTV (and will not keep, possess, recreate or deliver to anyone else) any and all Confidential Information, or reproductions thereof provided to or accessed by CFF. The Confidential Information disclosed by TTV shall apply equally to any third party confidential information and shall inure to the benefit of such third party.

    - For purposes of this agreement, "derivatives" shall mean:

        - for copyrightable or copyrighted material, any translation, abridgement, revision or other form in which an existing work may be recast, transformed or adapted;

        - for patentable or patented material, any improvement thereon; and for material that is protected by trade secret, any new material derived from such existing trade secret material, including new material that may be protected by copyright, patent and/or trade secret.

- **Mutual non-compete.** The Parties are both well-established and well-connected and both will continue to operate their businesses as usual with and for current and new customers. Each party will continue to work in their existing and current fields without restriction. Neither party, without the direct consent of the other, will approach existing customers for future business. Both parties must agree to any proposal, agreement, contract, or terms if the other party is to work with an existing customer.

- **Non-solicitation.** The Parties hereby agree that for a period of one (1) year from the expiration date this agreement, the Parties shall not directly or indirectly solicit, entertain, or encourage inquiries or proposals or enter into any agreement or negotiate with any other person or entity in connection with the other Party or its affiliated companies' employees

or respective clients without written consent from the affected Party.

- **Injunctive Relief.** CFF hereby acknowledges that unauthorized disclosure or use of the Confidential Information could cause TTV irreparable harm and significant injury that may be difficult to ascertain and for which TTV would not have an adequate remedy in monetary damages. Accordingly, CFF agrees that TTV has the right to seek and obtain immediate injunctive relief to enforce obligations under this Agreement in addition to any other rights and remedies TTV may have.

- **Severability.** If a court determines that any provision of this Agreement is invalid or unenforceable, any invalidity or unenforceability will affect only that provision and shall not make any other provision of this Agreement invalid or unenforceable. Instead, the court shall modify, amend or limit the provision to the extent necessary to render it valid and enforceable.

- **Governing Law.** This Agreement is made under and shall be construed according to the laws of the State of Colorado and the federal laws of The United States applicable therein, without regard to its conflicts of law rules, and CFF agrees that it is subject to the jurisdiction of the courts in such province should any action be brought to enforce or interpret its terms.

- **Waiver.** Waiver of any provision in this Agreement in any instance shall not be construed as a waiver in any other instance.

- **Entire Agreement.** This Agreement sets forth the entire Agreement and supersedes all prior or contemporaneous, oral or written agreements. This Agreement may not be amended except by the written agreement signed by authorized representatives of both Parties.

**IN WITNESS WHEREOF**, the Parties hereto have duly executed this Agreement under their respective hands and seals on the date first above written.

Kulin Strimbu
President/CEO
Kulin@TripTelevision.com
TripTelevision
7200 S Alton Way, Suite A-190
Centennial, CO 80112

Chuck Fryberger
President
Chuck@ChuckFryberger.com
Chuck Fryberger Films
1425 W 13th Ave.
Denver, CO 80204

6

#2

'CFF Projects'

| Client | Project Name | Project Number | Property Names | Vignette Titles | Finished Minutes | CF Invoice Number |
|---|---|---|---|---|---|---|
| | | | | | **Worked on for Apple Tradeshow Deadline** | |
| | **Complete** | | | | | |
| Aqua Hotel & Resorts | :30 Second Highlight Videos | AQUA-001-A | Aqua Palms Waikiki | :30 Second Version | | 1017 *Unfinishe |
| | | AQUA-001-B | Aqua Ilikai Hotel & Suites | :30 Second Version | | 1017 *Unfinishe |
| | | AQUA-001-C | Aqua Aloha Surf | :30 Second Version | | 1017 *Unfinishe |
| | | AQUA-001-D | Aqua Waikiki Wave | :30 Second Version | | 1017 *Unfinishe |
| | | | | | approx 6 mins left to finish | |
| Apple Vacations | Mexico 2 - Huatulco CVB's | APPL-004-C | Huatulco CVB (4 Vignettes) | Huatulco City Tour | 0:01:54 | 972 |
| | | | | Huatulco Water Activities | | 1017 *Unfinishe |
| | | | | Discover the Sierra Madres | 0:01:53 | 972 |
| | | | | ~~Huatulco Culture~~ | | |
| | | | | | approx 4 mins left to finish | |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-A-K | | | | |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-A | Iberostar Paraiso del Mar | Apple Overview | 0:02:09 | 972 |
| | | | | Property Overview | 0:02:09 | 977 |
| | | | | Family Experience (Shared) | 0:01:25 | 977 |
| | | | | The Iberostar Complex Experience (Shared) | 0:01:37 | 977 |
| | | | | Golf Feature (Shared) | 0:01:03 | 977 |
| | | | | Spa Feature (Shared) | 0:01:05 | 977 |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-B | Iberostar Paraiso Lindo | Apple Overview | 0:01:44 | 1017 |
| | | | | Property Overview | 0:01:47 | 1017 |
| | | | | Family Experience (Share | 0:01:14 | 1017 |
| | | | | The Iberostar Complex Ex | 0:01:37 | 1017 |
| | | | | Golf Feature (Shared) | 0:01:05 | 1017 |
| | | | | Spa Feature (Shared) | 0:01:07 | 1017 |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-C | Iberostar Paraiso Maya | Apple Overview | 0:02:07 | 1017 |
| | | | | Property Overview | 0:02:10 | 1017 |
| | | | | Family Experience (Share | 0:01:25 | 1017 |
| | | | | The Iberostar Complex Ex | 0:01:37 | 1017 |
| | | | | Golf Feature (Shared) | 0:01:03 | 1017 |
| | | | | Spa Feature (Shared) | 0:01:05 | 1017 |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-D | Iberostar Grand Hotel Paraiso | Apple Overview | 0:02:16 | 1017 |
| | | | | | | 1017 *Unfinishe |
| | | | | Weddings and Romance | 0:01:41 | 1017 |
| | | | | Dining Feature | 0:01:22 | 1017 |
| | | | | Accommodations "Step up your stay" | 0:01:36 | 1017 |
| | | | | The Iberostar Complex Experience (Shared) | 0:01:42 | 1017 |
| | | | | | | 1017 *Unfinishe |
| | | | | Spa Feature | 0:01:03 | 1017 |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-E | Palladium White Sand | Apple Overview | 0:02:12 | 1017 |
| | | | | ~~Property Overview~~ | | |
| | | | | Activities / Spa | 0:01:28 | 1008 |

| Company | Region | Code | Property | Section | Time | Number |
|---|---|---|---|---|---|---|
| | | | | Accommodations | 0:01:13 | 1017 |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-F | Palladium Colonial | Apple Overview | 0:02:03 | 972 |
| | | | | Property Overview | | |
| | | | | Activities / Spa | 0:01:21 | 1008 |
| | | | | Accommodations | | |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-G | Now Jade | Apple Overview | 0:02:14 | 1008 |
| | | | | Property Overview | 0:02:15 | 1008 |
| | | | | Spa | 0:00:54 | 1008 |
| | | | | Preferred Club | | |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-H | Now Sapphire | Apple Overview | 0:02:22 | 1008 |
| | | | | Property Overview | 0:02:23 | 1008 |
| | | | | Spa | 0:01:21 | 1017 |
| | | | | Preferred Club | 0:01:05 | 1017 |
| | | | | Family Experience | 0:01:33 | 1017 |
| Apple Vacations | Mexico 3 - Cancun | APPL-005-I | Paradisus La Esmeralda | Apple Overview | 0:02:12 | 1017 |
| | | | | Property Overview | | |
| | | | | Family Luxury Feature Accommodations "All Suites" | 0:01:29 0:01:06 | 1017 1017 |
| | | | | Dining Experience | 0:01:50 | 1003 |
| | | | | Spa - Yhi (shared LP) | 0:01:47 | 1003 |
| Apple Vacations | Cancun (Revisions from Mexico 1 Project) | APPL-005-J | Iberostar Cancun | Family Experience | | |
| Apple Vacations | Cancun (Revisions from Mexico 1 Project) | APPL-005-K | Paradisus La Perla | Apple Overview | 0:02:16 | 1017 |
| | | | | Property Overview Luxury Features - "Royal Service" | 0:01:37 | 1017 |
| | | | | Dining Experience | 0:01:50 | 1003 |
| | | | | Spa - Yhi (Shared with La Esmeralda) | 0:01:47 | 1003 |
| | | | | approx 50 mins left | | |
| Apple Vacations | Dominican Republic | APPL-008-A | Iberostar Bavaro | Apple Overview | 0:02:03 | 972 |
| | | | | Brand Overview | 0:01:56 | 985 |
| | | | | Food & Beverage | 0:01:01 | 985 |
| | | | | Nightlife | 0:01:06 | 985 |
| | | | | Spa | | |
| Apple Vacations | Dominican Republic | APPL-008-B | Iberostar Dominicana | Apple Overview | 0:01:57 | 985 |
| | | | | Brand Overview | 0:01:50 | 985 |
| | | | | Golf | | |
| | | | | Activities | 0:01:12 | 1017 |
| | | | | Teen Club | 0:01:05 | 985 |
| Apple Vacations | Dominican Republic | APPL-008-C | Iberostar Punta Cana | Apple Overview | 0:02:06 | 985 |
| | | | | Brand Overview | 0:02:07 | 985 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Family Experience | 0:00:57 | 985 |
| | | | | Shopping | 0:00:59 | 985 |
| | | | | Spa | 0:00:58 | 985 |
| Apple Vacations | Dominican Republic | APPL-008-D | Iberostar Grand Hotel Bavaro | Apple Overview | | 1017 *Unfinishe |
| | | | | Brand Overview | | 1017 *Unfinishe |
| | | | | Food & Beverage | 0:01:01 | 1017 |
| | | | | ~~Golf~~ | | |
| | | | | Spa | 0:01:01 | 1017 |
| Apple Vacations | Dominican Republic | APPL-008-E | Secrets Royal Beach | Apple Overview | 0:01:50 | 1017 |
| | | | | Brand Overview | 0:01:58 | 1017 |
| | | | | ~~Golf~~ | | |
| | | | | Spa | 0:00:56 | 1017 |
| | | | | Fitness / Activities | 0:01:08 | 1003 |
| Apple Vacations | Dominican Republic | APPL-008-F | Now Larimar Punta Cana | Apple Overview | 0:02:12 | 1003 |
| | | | | Brand Overview | 0:02:14 | 1003 |
| | | | | Preferred Experience | 0:00:56 | 1017 |
| | | | | Nightlife | 0:00:55 | 1003 |
| | | | | ~~Spa~~ | | |
| Apple Vacations | Dominican Republic | APPL-008-G | Dreams Punta Cana | Apple Overview | 0:01:56 | 1017 |
| | | | | Brand Overview | 0:02:03 | 1008 |
| | | | | Family Activities | 0:01:12 | 1008 |
| Apple Vacations | Dominican Republic | APPL-008-H | Dreams Palm Beach | Apple Overview | 0:02:06 | 1003 |
| | | | | Brand Overview | 0:02:03 | 1003 |
| | | | | ~~Nightlife~~ | | |
| | | | | Family Experience | 0:01:12 | 1003 |
| | | | | Activities | 0:01:15 | 1003 |
| Apple Vacations | Dominican Republic | APPL-008-I | Riu Palace Bavaro | Apple Overview | 0:02:10 | 1003 |
| | | | | ~~Brand Overview~~ | | |
| | | | | Food & Beverage | 0:01:06 | 1017 |
| | | | | Spa | 0:01:00 | 1017 |
| | | | | Activities | 0:01:20 | 1003 |
| | | | | Family (Shared with RIU Bambu) | 0:01:00 | 1017 |
| | | | | Nightlife (Shared with RIU Bambu and RIU Palace Punta Cana) | 0:01:13 | 1017 |
| Apple Vacations | Dominican Republic | APPL-008-J | Riu Palace Punta Cana | Apple Overview | 0:01:54 | 1017 |
| | | | | ~~Brand Overview~~ | | |
| | | | | ~~Caribbean St. Shopping~~ | | |
| | | | | Activities | 0:01:00 | 1017 |
| | | | | Nightlife (Shared with RIU Bambu and RIU Palace Punta Cana) | 0:01:07 | 1017 |
| Apple Vacations | Dominican Republic | APPL-008-K | Riu Bambu | Apple Overview | 0:02:04 | 1017 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | ~~Brand Overview~~ | | |
| | | | | Golf | 0:01:06 | 1017 |
| | | | | ~~Family (Shared with RIU Palace Bavaro)~~ Nightlife (Shared with RIU Bambu and RIU Palace Punta Cana) | 0:01:05 | 1017 |
| Apple Vacations | Jamaica | APPL-011-A - F | | | | |
| Apple Vacations | Jamaica | APPL-011-A | Iberostar Rose Hall Beach | Apple Overview | 0:02:04 | 1003 |
| | | | | Brand Overview | 0:01:56 | 1003 |
| | | | | ~~Wedding Coordinator Interview~~ | | |
| | | | | Spa | 0:01:05 | 1003 |
| | | | | Golf | 0:01:07 | 1003 |
| Apple Vacations | Jamaica | APPL-011-B | Secrets Wild Orchid | Apple Overview | 0:02:08 | 1003 |
| | | | | Brand Overview | 0:02:14 | 1003 |
| | | | | Spa (Shared) | 0:01:10 | 1017 |
| | | | | Preferred Experience (Shared) | | |
| | | | | Weddings (Shared) | 0:01:12 | 1003 |
| Apple Vacations | Jamaica | APPL-011-C | Secrets St. James | Apple Overview | 0:02:01 | 972 |
| | | | | Brand Overview | 0:02:08 | 977 |
| | | | | Spa (Shared) | 0:01:10 | 1003 |
| | | | | Preferred Experience (Shared) | | |
| | | | | Weddings (Shared) | 0:01:12 | 1003 |
| Apple Vacations | Jamaica | APPL-011-D | RIU Ocho Rios | Apple Overview | 0:02:05 | 1003 |
| | | | | ~~Brand Overview~~ | | |
| | | | | Spa | 0:01:15 | 1003 |
| | | | | Exclusive Deluxe Wing | 0:01:06 | 1003 |
| | | | | Activities | 0:01:10 | 1003 |
| Apple Vacations | Jamaica | APPL-011-E | Grand Palladium | Apple Overview | 0:02:04 | 972 |
| | | | | ~~Brand Overview~~ | | |
| | | | | Spa (Shared) (Same footage from both hotels but different vignette) | 0:01:10 0:01:14 | 1008 1008 |
| | | | | Weddings (Shared) | 0:01:08 | 1008 |
| Apple Vacations | Jamaica | APPL-011-F | Grand Palladium Lady Hamilton | Apple Overview | 0:02:06 | 1008 |
| | | | | ~~Brand Overview~~ | | |
| | | | | Spa (Shared) (Same footage from both hotels but different vignette) | 0:01:10 0:01:14 | 1008 1008 |
| | | | | Weddings (Shared) | 0:01:08 | 1008 |
| Apple Vacations | Cancun, Oct. 2012 | APPL-016-A | Dreams Cancun | Apple Overview | 0:02:15 | 1008 |
| | | | | Brand Overview Cut-down :30 sec | 0:00:34 | 1003 |
| | | | | Romance | count yet, video cuts off in Brightcove | |
| | | | | Spa | | 1017 *Unfinishe |

|  |  |  | The Dolphin Experience | 0:01:36 | 1017 |
|  |  |  | Dining | 0:01:31 | 1017 |
| | APPL-016-B | Dreams Riviera Cancun | Apple Overview | | |
| | | | Brand Overview Cut-down :30 sec | | |
| | | | Dining Experience | | |
| | | | Spa | | |
| | | | Activities and Entertainment | | |
| | | | Accommodations | | |
| | APPL-016-C | Grand Oasis Cancun | Apple Overview | | |
| | | | Brand Overview Cut-down :30 sec | | |
| | | | Dining Experience | | |
| | | | Spa | | |
| | | | Entertainment | | |
| | APPL-016-D | Oasis Sens | Apple Overview | | |
| | | | Brand Overview Cut-down :30 sec | | |
| | | | Dining Experience | | |
| | | | Spa | | |
| | | | Accommodations | | |
| | APPL-016-N | Oasis 5 minutes of b-roll from | Oasis b-roll | | |
| | APPL-016-F | Secrets Silversands | Apple Overview | 0:02:15 | 1017 |
| | | | Brand Overview Cut-down :30 sec | 0:00:46 | 1017 |
| | | | Romance | 0:01:05 | 1017 |
| | | | Spa | 0:01:09 | 1017 |
| | | | Preferred Club | 0:01:13 | 1017 |
| | | | Dining | 0:01:18 | 1017 |
| | APPL-016-G | Secrets The Vine | Apple Overview | | |
| | | | Brand Overview Cut-down :30 sec | | |
| | | | Romance - Weddings | | |
| | | | Spa | | |
| | | | Accommodations | | |
| | | | approx 40 mins | | |
| Apple Vacations  Cabo 2013 | APPL-017- A | Dreams Los Cabos | Apple Overview | | |
| | | | Brand Overview Cut-down :30 sec | | |
| | | | Accommodations | | |
| | | | Day & Evening Activities | | |
| | | | Restaurants | | |
| | | | Spa | | |
| | APPL-017-B | Secrets Marquis | Apple Overview | | |
| | | | Brand Overview Cut-down :30 sec | | |
| | | | Spa | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Romance / Couples | | | |
| | | | Accommodations | | | |
| | | APPL-017-C | RIU Palace Cabo San Lucas | Apple Overview | | |
| | | | | Spa (Shared) | | |
| | | | | Restaurants (Shared) | | |
| | | | | Accommodations | | |
| Amstar | Amstar Excursion Videos | AMS-001-B | :30 Excursion Cut-downs | Aventuras Mayas / Delphinus | 0:01:00 | 1017 |
| | | AMS-001-C | | Captain Hook Pirate Cruise / Xplore | 0:01:00 | 1017 |
| | | AMS-001-D | | Xcaret / Royal Garrafon (Dolphin Discovery) | 0:01:00 | 1017 |
| | | AMS-001-E | | Tulum Xtreme / Xel Ha | 0:01:00 | 1017 |
| | | AMS-001-F | | Selvatica / Chichen Itza | 0:01:00 | 1017 |
| Apple Vacations | Panama / Costa Rica Dec. 2012 | APPL-018 | RIU Palace, Costa Rica | Apple Overview | | 1017 *Unfinishe |
| | | | | Accommodations | | 1017 *Unfinishe |
| | | | | Spa | | 1017 *Unfinishe |
| | | | | Restaurants | | 1017 *Unfinishe |
| | | | | Evening Entertainment | | 1017 *Unfinishe |
| | | | RIU Guanacaste, Costa Rica | Apple Overview | | 1017 *Unfinishe |
| | | | | Spa | | 1017 *Unfinishe |
| | | | | Restaurants | | 1017 *Unfinishe |
| | | | | Accommodations | | 1017 *Unfinishe |
| | | | Hilton Papagayo, Costa Rica | Apple Overview | | 1017 *Unfinishe |
| | | | JW Marriott Guanacaste, Costa Rica | Apple Overview | | 1017 *Unfinishe |
| | | | Occidental, Costa Rica | Apple Overview | | 1017 *Unfinishe |
| | | | Marriott, Panama | Apple Overview | | 1017 *Unfinishe |
| Apple Vacations | Panama Jan. 2013 | APPL-019 A - C | | | | |
| Apple Vacations | Panama Jan. 2013 | APPL-019-A | Hard Rock Hotel Panama Megapolis | Apple Overview | 0:01:52 | 1008 |
| | | APPL-019-B | Royal Decameron Golf Beach Resort and Villas | Apple Overview | 0:02:06 | 1008 |
| | | APPL-019-C | Raddison Decapolis | Apple Overview | 0:01:59 | 1008 |
| Trump | Panama Jan. 2013 | TRMP-001 | Trump Ocean Club Hotel and Tower | Overview with Apple Graphics | | 1017 *Unfinishe |
| | | | | Brand Overview | | 1017 *Unfinishe |
| | | | | Dining | | 1017 *Unfinishe |
| | | | | Amenities | | 1017 *Unfinishe |
| | | | | Event Space | | 1017 *Unfinishe |
| | | | | Sizzle Reel | | 1017 *Unfinishe |

| Amstar | Branding on Apple Vacations Full Excursion Videos | AMS-002-A | Aventuras Mayas | Mexico 1 | | 0:00:50 | 1017 |
|---|---|---|---|---|---|---|---|
| | | | Delphinus | | | 0:00:41 | 1017 |
| | | | Captain Hook Pirate Cruise | | | 0:00:35 | 1017 |
| | | | Xplore | | | 0:00:46 | 1017 |
| | | | Xcaret | | | 0:00:53 | 1017 |
| | | | Royal Garrafon (Dolphin Discovery) | | | 0:00:48 | 1017 |
| | | | Tulum Xtreme | | | 0:00:49 | 1017 |
| | | | Tulum Xel Ha | | | 0:00:44 | 1017 |
| | | | Selvatica | | | 0:00:46 | 1017 |
| | | | Chichen Itza | | | 0:00:45 | 1017 |
| | | | | | | | |
| TripTelevision | USA Today Branded Promo Videos | TTV-001-A | N/A | Dolphin Encounters | | | 1017 *Unfinishe |
| | | TTV-001-B | N/A | Hawaii Beaches | | | 1017 *Unfinishe |
| | | TTV-001-C | N/A | Tulum Experience | | | 1017 *Unfinishe |

| Client | Project Name | Project Number | Property Names | Vignette Titles | Finished Minutes | CF Invoice Number |
|---|---|---|---|---|---|---|
| Apple | Panama Excursions | APPL-021 | | | | |
| | | | | Panama City Tour | | |
| | | | | Embera Native Village Tour | | |
| | | | | Monkey Island Tour | | |
| | | | | Aerial Tram Tour | | |
| | | | | Panama City CVB | | |
| | | | | Panamanian Rainforest CVB | | |
| | | | | Panama Canal | 0:01:35 | |
| | | | | Costa Rican Culture CVB | | |
| | | | | Costa Rica's Best Hidden Treasures CVB | | |
| | Costa Rica Excursions | | | Costa Rica's Best Wildlife Spots CVB | | |
| | | | | Irazu Volcano Tour | | |
| | | | | Poas Volcano Tour | | |
| | | | | Tortuguero Canals | 0:01:50 | |
| | | | | Tortuguero Canopy Tour | | |
| | | | | Tortuguero Sea Turtle Rel | 0:01:42 | |
| | | | | Natura Night Tour | 0:01:47 | |
| | | | | Sky Trek Zipline | 0:01:43 | |
| | | | | Arenal National Park Hike | | |
| | | | | Tabacon Thermal Springs | | |
| | | | | Titoku Thermal Springs Horseback Riding to Waterfall | | |
| | | | | Arenal Hanging Bridges | | |
| | | | | Monteverde Cloud Forest Reserve | 0:01:41 | |
| | | | | Trapiche Tour | 0:01:43 | |
| | | | | Train Forest Tour | 0:01:43 | |
| | | | | Selvatura Park Tour | | |
| | | | | Palo Verde El Viejo Tour | 0:01:52 | |

| | |
|---|---|
| Palo Verde La Gran Nicoya Tour | |
| Rincon de la Vieja Tour | 0:01:47 |
| Aerial Canyon Tour | 0:01:50 |
| Rio Perdido | 0:01:35 |
| Mega Combo Tour | 0:01:36 |

*finished videos*

| | Project Name | Project Number | Property Names | Vignette Titles | Finished Minutes | CF Invoice Number |
|---|---|---|---|---|---|---|
| Amstar | Excursion Videos | AMS-001-A | N/A | Aventuras Mayas :30 | :30 | |
| Mountain Travel Symposium | 2012 Segment Videos | MTS-001-A | N/A | GS Clips: | | |
| | | | | Up Close & Personal (Video Social) | 0:40:15 | |
| | | | | The Business of Destination Mountain Resorts | 1:05:15 | |
| | | | | Dream Distribution Channel | 67:22:00 | |
| | | | | The Business of Survival | 88:41:00 | |
| | | | | Executive Summit with Andy Wirth | 24:25:00 | |
| | MTS-001-B | | | | 07:43:00:00 | |
| | MTS-001-C | | | 4/14 Aug for MTS | 0:01:16 | 972 |
| | MTS-001-D | | | Forum | 0:02:11 | 972 |
| | MTS-001-E | | | Trade Exchange | 0:01:25 | 972 |
| | MTS-001-F | | | Group Exchange | 0:01:54 | 972 |
| | MTS-001-G | | | Sponsorship | 0:01:35 | 972 |
| | MTS-001-H | | | Executive Summit | 0:01:29 | 972 |
| | | | | Social | | |
| | MTS-001-I | | | Full Length General Sessions (1-5) | 0:05:21 | 972 |
| Aqua Resorts | Kamaaina Commercial | AQUA-002-A | Kamaaina Commercial | :30 Second Spot | MTS up 8/14 Master, :30 Broadcast Master | |
| Apple Vacations | Hawaii March-April 2012 Excursions | APPL-001-A | | Atlantis Submarine | 0:01:37 | 972 |
| | | | | Bike Hawaii | | |
| | | | | Blue Hawaiian Oahu | | |
| | | | | Blue Hawaiian Maui | | |
| | | | | Blue Hawaiian Kauai | | |
| | | | | Big Island | | |
| | | | | Cruiser Phil's | 0:01:41 | 972 |
| | | | | Gemini Snorkel Cruise | 0:01:42 | 972 |
| | | | | Outfitters Kauai | | |
| | | | | | 0:05:00 | |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-A | Riu (not using for Riu per Thom) | Apple Overview | 0:01:42 | 972 |
| | | | | Property Overview | 0:01:42 | 977 |
| | | | | Nightly Entertainment | 0:01:00 | |
| | | | | Renova Spa | | |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-B | Riu Palace (section) per Thom | Apple Overview | 0:02:03 | 972 |
| | | | | Property Overview | 0:02:08 | 977 |
| | | | | Golf & Activity | 0:00:53 | 977 |
| | | | | Food & Beverage | 0:01:01 | 985 |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-C | Dreams - Puerto Vallarta | Apple Overview | 0:01:56 | 972 |
| | | | | Property Overview | 0:01:59 | 977 |
| | | | | Weddings & Events | 0:58:00 | 985 |
| | | | | Dreams Spa | 0:53:12 | |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-D | Now Amber | Apple Overview | 0:02:05 | 977 |
| | | | | Property Overview | 0:02:06 | 977 |
| | | | | Weddings | 0:01:04 | 977 |
| | | | | Now Spa | 0:01:00 | 977 |
| | | | | Activities | 0:00:59 | |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-E | Secrets Vallarta | Apple Overview | 0:01:57 | 1008 |
| | | | | Property Overview | 0:02:03 | 1008 |
| | | | | Weddings | 0:01:04 | 977 |
| | | | | Spa | 0:01:00 | 977 |
| | | | | Activities | | |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-F | Dreams - Villamagna | Apple Overview | 0:02:01 | 977 |
| | | | | Property Overview | 0:02:07 | 977 |
| | | | | Restaurants | 0:00:59 | 977 |
| | | | | Spa Weddings | 0:00:55 | 988 |
| Apple Vacations | Mexico 2 - Puerto Vallarta | APPL-002-G | Palladium Vallarta Resort & Spa Not branding for Palladium per Thom | Apple Overview | 0:02:09 | |
| | | | | Property Overview | | |
| | | | | Kids & Family Activities | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Apple Vacations | Mexico 2 Excursions | APPL-003-A | | 11 from Puerto Vallarta: | | |
| | | | | Spend a Day in Sayulita | 0:01:25 | 972 |
| | | | | Malecon Boardwalk | 0:01:20 | 972 |
| | | | | Outdoor Adventure | 0:01:55 | 972 |
| | | | | Rhythms of the Night | 0:01:35 | 972 |
| | | | | Dolphin and Sea Lion Encounters | 0:01:56 | 972 |
| | | | | | 0:01:22 | 972 |
| | | | | Yelapa Tour | 0:01:40 | 972 |
| | | | | Offroad Adventure | 0:01:40 | 972 |
| | | | | Canopy Adventure Park | 0:01:45 | 972 |
| | | | | Marietas Island | 0:01:40 | 972 |
| | | | | City Tour | 0:01:37 | 972 |
| | | | | | 00:17:30 APPL-003 A up to 9/14 | |
| Apple Vacations | Mexico 2 CVB's | APPL-004-A | Puerto Vallarta CVB (4 Vignettes) | Stroll Down the Malecon | 0:02:08 | |
| | | | | Vallarta: Land, Sea and Air | 0:02:07 | |
| | | | | Puerto Vallarta: Rich with Culture | 0:02:05 | |
| | | | | | 0:02:11 | |
| | | APPL-004-B | Riviera Nayarit CVB (3 Vignettes) | Bucerias | 0:01:52 | |
| | | | | Surf Town Sayulita | 0:02:01 | |
| | | | | Punta Mita | 0:01:52 | |
| Apple Vacations | Republic CVB's | APPL-009-A APPL-009-B APPL-009-C | Punta Cana CVB Videos | Punta Cana by Land and Sea | 0:02:08 | |
| | | | | Explore Dominican Culture | 0:02:20 | |
| | | | | Punta Cana Taste and See | 0:01:58 | |
| Apple Vacations | Mexico 3 - Cancun CVB's | APPL-007-A | Cancun CVB | Explore the Caribbean Sea | 0:01:48 | |
| | | | | Shopping & Nightlife | 0:02:06 | |
| | | | | Underwater | 0:02:10 | |
| Apple Vacations | Mexico 3 - Cancun CVB's | APPL-007-B | Riviera Maya CVB | Explore the Mayan Experience | 0:01:52 | |
| | | | | Experience Mayan Culture | 0:02:12 | |
| | | | | Playa Del Carmen | 0:01:36 | |
| Apple Vacations | Mexico 2 - Huatulco | APPL-002 - H - I | Dreams Resorts & Spas | | | |
| Apple Vacations | Huatulco | APPL-002-H | | Apple Overview | 0:02:03 | 972 |
| | | | | Property Overview | 0:02:13 | 985 |
| | | | | Dreams Spa | 0:00:58 | 985 |
| | | | | Dream Weddings | 0:01:11 | 977 |
| Apple Vacations | Mexico 2 - Huatulco | APPL-002-I | Secrets Resorts & Spas | | | |
| | | | | Apple Overview | 0:02:17 | 977 |
| | | | | Property Overview | 0:02:23 | 977 |
| | | | | Food & Beverage | 0:01:07 | 985 |
| | | | | Secrets Weddings | 0:01:14 | 977 |
| | | | | Secrets Spa | 0:00:45 | 977 |
| Apple Vacations | Mexico 2 - Ixtapa | APPL-002-J | | | | |
| Apple Vacations | Ixtapa | APPL-002-J | Sunscape Dorado | Apple Overview | 0:02:21 | N/A |
| | | | | Property Overview | 0:02:30 | 985 |
| | | | | Family Friendly | 0:00:59 | 985 |
| | | | | Weddings at Sunscape Dorado | 0:00:52 | 985 |
| Apple Vacations | Mexico 2 Excursions | APPL-003-C | | 10 from Ixtapa: | | |
| | | | | Redfish Dolphin Tour | 0:01:48 | 977 |
| | | | | Ziplining | 0:01:38 | 985 |
| | | | | Sunset Catamaran Sail | 0:01:39 | 985 |
| | | | | Mexican Archeological Ruins | 0:01:16 | 985 |
| | | | | Playa Larga Horseback Riding | 0:01:41 | 972 |
| | | | | | 0:01:30 | 972 |
| | | | | Ixtapa Island | 0:01:11 | 985 |
| | | | | Ixtapa Wildlife Refuge | 0:01:56 | 972 |
| | | | | Palma Linda Pro Course | 0:01:36 | 985 |
| | | | | | 0:01:53 | 985 |
| | | | | | APPL-003-C -9/28: 00:06:07 | |
| Apple Vacations | B-roll footage of Mexico | APPL-014 | (8 Videos) | | 0:16:34 | 977 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Apple Vacations | B-roll footage for IBV | APPL-015 | *:15 and :30 sec video for mobile, :15 and :30 sec video for tablet for each | Iberostar General | 0:01:30 | 985 |
| | | | | Iberostar Gran Paraiso | 0:01:30 | 985 |
| | | | | Bahia | 0:01:30 | 985 |
| | | | | Dreams | 0:01:30 | 985 |
| | | | | Secrets | 0:01:30 | 985 |
| | | | | Now | 0:01:30 | 985 |
| | | | | Puerto Vallarta | 0:01:30 | 985 |
| | | | | Riviera Nayarit | 0:01:30 | 985 |
| | | | | Ixtapa | 0:01:30 | 985 |
| | | | | Huatulco | 0:01:30 | 985 |
| | | | | National Geographic | 0:01:30 | 985 |
| | | | | Weddings | 0:01:30 | 985 |
| | | | | Altera Wedding Planners | 0:01:30 | 985 |
| Apple Vacations | Graphic changes on all videos | APPL-015 | :45 seconds will be counted as finished minutes since this is a graphics update | Iberostar General | 0:00:45 | then be re-billed after changes on 988 |
| | | | | Iberostar Gran Paraiso | 0:00:45 | 988 |
| | | | | Bahia | 0:00:45 | 988 |
| | | | | Dreams | 0:00:45 | 988 |
| | | | | Secrets | 0:00:45 | 988 |
| | | | | Now | 0:00:45 | 988 |
| | | | | Puerto Vallarta | 0:00:45 | 988 |
| | | | | Riviera Nayarit | 0:00:45 | 988 |
| | | | | Ixtapa | 0:00:45 | 988 |
| | | | | Huatulco | 0:00:45 | 988 |
| | | | | National Geographic | 0:00:45 | 988 |
| | | | | Weddings | 0:00:45 | 988 |
| | | | | Altera Wedding Planners | 0:00:45 | 988 |
| Aqua Resorts | Hawaii | AQUA-001-A | Aqua Palms Waikiki | 2 Minute Overview | 0:01:58 | 988 |
| | | | | 1 Minute Overview | 0:01:06 | 988 |
| Aqua Resorts | Hawaii | AQUA-001-B | Aqua Ilikai Hotel & Suites | 2 Minute Overview | 0:02:09 | 988 |
| | | | | 1 Minute Overview | 0:01:09 | 988 |
| Aqua Resorts | Hawaii | AQUA-001-C | Aqua Aloha Surf | 2 Minute Overview | 0:01:52 | 988 |
| | | | | 1 Minute Overview | 0:01:08 | 988 |
| Aqua Resorts | Hawaii | AQUA-001-D | Aqua Waikiki Wave | 2 Minute Overview | 0:01:52 | 988 |
| | | | | 1 Minute Overview | 0:01:12 | 988 |
| Apple Vacations | Dominican Republic Excursions | APPL-010 | | Marinarium | 0:01:34 | |
| | | | | Reef Explorer | 0:01:33 | |
| | | | | Happy Hour Cruise | 0:01:32 | |
| | | | | Discovery Cruise | 0:01:37 | |
| | | | | Hispaniola Tour | 0:01:40 | |
| | | | | Side By Side | 0:01:33 | |
| | | | | Bavaro Runners | 0:01:38 | |
| | | | | Ziplines | 0:01:39 | |
| | | | | Saona Island | 0:01:34 | |
| | | | | Outback Safari | 0:01:36 | |
| | | | | Jungle Rally | 0:01:41 | |
| | | | | Doctor Fish | 0:01:47 | |
| | | | | Bavaro Splash | 0:01:35 | |
| | | | | Horseback Riding | 0:01:30 | |
| | | | | ATV & Buggies | 0:01:30 | |
| | | | | Cocotal Golf | 0:01:33 | |
| | | | | Punta Cana Resort Golf | 0:01:29 | |
| | | | | | 0:01:31 | |
| | | | | Mundo Autentico | 0:01:27 | |
| | | | | Bella Mare | 0:01:32 | |
| | | | | Cana Fly | 0:01:32 | |
| | | | | Imagine Disco | 0:01:26 | |
| | | | | Santo Domingo | 0:01:32 | |
| | | | | Dolphin Explorer | 0:01:36 | |
| Apple Vacations | Cancun Excursions | APPL-006-A | | Aquatours (Jungle Tour) | 0:01:27 | N/A |
| | | | | Sea Passion | 0:01:29 | N/A |
| | | | | Royal Garrafon (Dolphin Discovery) | 0:01:37 | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Snorkeling Adventure | 0:01:34 | N/A |
| | | | | Solo Busceo Scuba | 0:01:37 | N/A |
| | | | | Deep Sea Fishing | 0:01:37 | N/A |
| | | | | Cancun Nightlife | 0:01:29 | N/A |
| | | | | Columbus Dinner Cruise | 0:01:37 | N/A |
| | | | | Selvatica | 0:01:35 | N/A |
| | | | | Tulum Xtreme | 0:01:35 | N/A |
| | | | | Xel Ha | 0:01:37 | N/A |
| | | | | Jungle Jim's ATV | 0:01:31 | N/A |
| | | | | Tulum | 0:01:33 | N/A |
| | | | | Chichen Itza | 0:01:32 | N/A |
| | | | | Ek Balam | 0:01:35 | N/A |
| | | | | ~~La Avenue (Playa Del Carmen)~~ | | N/A |
| | | | | | | N/A |
| | | | | Coba Mayan Encounter | | N/A |
| Apple Vacations | Jamaica CVB's | APPL-012-A | | Jamaican Adventure | 0:01:27 | 1003 |
| | | APPL-012-B | | Experience | 0:01:40 | 1003 |
| | | APPL-012-C | | Waters of Jamaica | 0:01:40 | 1003 |
| Apple Vacations | Jamaica Excursions | APPL-013 | Appleton Estate Rum Tour | | 0:01:53 | 977 |
| | | | Bamboo Beach Club Adventure | | 0:01:56 | 977 |
| | | | | | 0:02:02 | 1003 |
| | | | Bob Marley Tour | | 0:01:55 | 977 |
| | | | Chukka Jeep Tour | | 0:01:39 | 985 |
| | | | Chukka Ziplining | | 0:01:39 | 985 |
| | | | Dolphin Cove | | 0:02:00 | 977 |
| | | | Mayfield Falls | | 0:01:31 | 988 |
| | | | Mystic Mountain | | 0:01:49 | 988 |
| | | | Black Reef Catamaran Cruise | | 0:01:29 | 988 |
| | | | Sandals Hill Golf Course | | 0:01:35 | 988 |
| | | | | | 0:01:12 | 1003 |
| | | APPL-004-D | Ixtapa CVB (3 Vignettes) | A Taste of Old Mexico | 0:01:41 | 972 |
| | | | | Ixtapa Activities | 0:01:54 | 1003 |
| | | | | Encounters | 0:01:42 | 1003 |
| Aston Hotel & Resorts | Property Vignettes | ASTO-001-A | Waikiki Beach Hotel | Hip Hawaiiana in Great Location | 0:01:54 | 985 |
| | | ASTO-001-B | Aston Waikiki Circle | Location, Location, Location | 0:01:46 | 985 |
| | | ASTO-001-C | Banyan | Recreation Deck | 0:02:06 | 985 |
| | | ASTO-001-D | Aston Maui Hill | Welcome to Maui Hill | 0:01:57 | 1008 |
| | | ASTO-001-E | Aston at Papikea Resort | Adventure at Personal Pace | 0:01:28 | 985 |
| | | ASTO-001-F | Aston Mahana at Kaanapali | Guest Reviews and Dramatic Views | 0:01:51 | 1008 |
| | | ASTO-001-G | Aston Maui Kaanapali Villas | Something for Everyone | 0:02:06 | 985 |
| | | ASTO-001-H | The Whaler on Kaanapali Beach | A Walk Along Kaanapali | 0:02:01 | 985 |
| | | ASTO-001-I | | Studio to Penthouse | 0:01:53 | 985 |
| Apple Vacations | Aqua Resorts - Apple Branding | APPL-022 -A | Aqua Aloha Surf - Property Overview - Apple Branded | | 0:00:56 | 1008 |
| | | APPL-022 -B | Aqua Ilikai Hotel and Suites - Apple Branded | | 0:01:04 | 1008 |
| | | APPL-022 -C | Aqua Palms Waikiki - Apple Branded | | 0:01:00 | 1008 |
| | | APPL-022 -D | Aqua Waikiki Wave - Apple Branded | | 0:00:56 | 1008 |
| Apple Vacations | Cabo Excursions (:30 minutes not counted for CFF | APPL-020 | Sunset Cruise | | 0:01:41 | |
| | | | Wild Canyon Ziplines | | 0:01:43 | |
| | | | Camel Quest | | 0:01:38 | |
| | | | Wild Canyon ATV's | | 0:01:38 | |
| | | | Snorkel Lover's Beach | | 0:01:36 | |
| | | | City Tour Los Cabos | | 0:01:45 | |
| | | | Todos Santos Tour | | 0:01:47 | |
| | | | Dolphin Discovery | | 0:01:37 | |
| | | | Cabo Nightlife | | 0:01:35 | |
| | | | Cabo Real Golf | | 0:01:32 | |
| Apple Vacations | Cancun, Oct. 2012 | APPL-016-E | Secrets Maroma Beach | | 0:02:01 | 1008 |
| | | | | Apple Overview Cut-down :30 sec | 0:00:41 | 1008 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Weddings & Honeymoons | 0:01:17 | 1008 |
| | | | | Night Experience: | 0:01:11 | 1008 |
| | | | | Shows & Dining | 0:01:17 | 1008 |
| Apple Vacations | Cancun, Oct. 2012 | APPL-016-H | Dreams Puerto Aventura | Apple Overview Cut-down :30 sec | 0:02:06 | 1003 |
| | | | | | 0:00:33 | 1003 |
| | | | | Dining | 0:01:23 | 1003 |
| | | | | Spa | 0:01:18 | 1003 |
| | | | | Accommodations | 0:01:06 | 1003 |
| | | APPL-016-I | Dreams Tulum | Apple Overview Cut-down :30 sec | 0:02:09 | 1003 |
| | | | | | 0:00:33 | 1003 |
| | | | | Romance - Weddings | 0:01:15 | 1003 |
| | | | | Spa | 0:01:06 | 1003 |
| | | | | Accommodations | 0:01:08 | 1003 |
| | | | | Preferred Club | 0:01:13 | 1003 |
| | | APPL-016-J | Grand Sunset Princess | Apple Overview Cut-down :30 sec | 0:02:10 | 1008 |
| | | | | Entertainment | 0:01:19 | 1003 |
| | | | | Spa | 0:01:06 | 1003 |
| | | | | Accommodations | 0:01:07 | 1003 |
| | | APPL-016-K | Ocean Maya Royale | Apple Overview Cut-down :30 sec | 0:02:05 | 1008 |
| | | | | Activities & Excursions | 0:01:06 | 1008 |
| | | | | Spa | 0:01:06 | 1008 |
| | | | | Restaurants | 0:01:14 | 1008 |
| | | APPL-016-L | RIU Palace Peninsula | Apple Overview | 0:02:02 | 1008 |
| | | | | Beach & Activities | 0:01:10 | 1008 |
| | | | | Spa | 0:01:03 | 1008 |
| | | | | Accommodations | 0:01:11 | 1008 |
| | | APPL-016-M | Secrets Capri | Apple Overview Cut-down :30 sec | 0:02:05 | 1008 |
| | | | | | 0:00:42 | 1008 |
| | | | | Romance—Weddings | | |
| | | | | Spa | 0:01:29 | 1008 |
| | | | | Dining | 0:01:28 | 1008 |
| | | | | Health & Fitness | 0:01:16 | 1008 |
| Apple Vacations | Mexico 2 Excursions | APPL-003-B | | 9 from Huatulco: | | |
| | | | | ATV Jungle Tour | 0:01:37 | 985 |
| | | | | Three Caves of Huatulco | 0:02:00 | 1003 |
| | | | | Sunset Cruise | | 986 |
| | | | | Copala Archeological Tour | 0:02:03 | 1017 |
| | | | | 7 Bays Cruise | 0:01:26 | 1008 |
| | | | | Jaunita's Cooking Class | 0:01:47 | 985 |
| | | | | Coffee Plantation and Waterfall Tour | 0:01:40 | 1003 |
| | | | | Huatulco City Tour | | |
| | | | | Jet Ski Tour | 0:01:20 | 988 |

Print                                                                                                    Close

From: **Chuck Fryberger** (chuck@chuckfryberger.com)

Sent:  Wed 12/12/12 8:29 AM

To:    Kulin Strimbu (kulin@triptelevision.com); Beth Holt (beth@triptelevision.com)

Howdy team,

Would you mind providing me with an update on when to expect a check for the work we delivered in October? Also, will our November invoice be paid on time, or will that one be going out past 30 days as well?

Thanks guys,

Chuck Fryberger

www.ChuckFryberger.com

Studio: +1 303 825 0366
Mobile: +1 303 917 1692

Print                                                                                         Close

From: **Chuck Fryberger** (chuck@chuckfryberger.com)          #4
Sent: Thu 12/20/12 8:55 AM
To:   Beth Holt (beth@triptelevision.com); Kulin Strimbu (kulin@triptelevision.com)
Bcc:  Thom (thom@triptelevision.com)

Hi Beth, Hi Kulin,

Beth, nice to speak with you yesterday. Thanks for taking the time to fill me in on the current cash flow status.
Kulin, I hope this message finds you well.

I'd like to propose some exact dates for my company to receive some exact amounts of payment. I'll describe a
change I'd like to make going forward, and lastly I'd like to outline the course of action I'll be taking if these targets aren't met.

Here's my proposed timeline for payment:

December 31st: Invoice 977 (work delivered in October, 30 days late) paid in full. Total amount: $32,848
January 15th: Invoice 985 (work delivered in November, 15 days late) paid in full. Total amount: $37,681
January 31st: Invoice 988 (work delivered in December, on time) paid in full. Approx amount: $30,000
February 15th: Invoice TBD (work delivered in January, new terms: net 15.) paid in full. Approx amount: $28,000

From that point onwards, payments every month on or before the 15 for work delivered the previous month.
We will continue providing estimates to you on the 15th of each month, which will give you about 30 days to
round up the funds.

If any of these deadlines are not met, I'm afraid my company may have a hard time continuing to provide the
services outlined in our agreement. If we can't make these deadlines then I will cancel any upcoming production
work, make arrangements to finish and deliver all projects that are currently in the pipeline, and make
arrangements to return Trip Television's data and hardware to you.

Please let me know your thoughts and if you think this is at all possible.

**We value your partnership** and I hope we can get things back on track and moving forwards towards many
more high quality projects.

Thanks,

Chuck Fryberger

www.ChuckFryberger.com

Studio: +1 303 825 0366

10/16/13

Outlook Print Message

# RE: Week-end updates

**#5**

From: **Kulin Strimbu** (kulin@triptelevision.com)   This sender is in your contact list.
Sent:   Fri 1/04/13 3:44 PM
To:    'Chuck Fryberger' (chuck@chuckfryberger.com)
Cc:    beth@triptelevision.com

Hi Chuck,

Thanks for the update – much appreciated.

Once the server is in, I would sure like to revisit what we need to do at that point for getting any new equipment onsite as well as getting our content backed up and off property. Peter and I will head that way in the next week or two for wine-server chat….

Thank you, thank you, thank you for talking with Nick and for getting Nelson's haircut ☺. As you can tell, my anxiety was up over this one so I will look forward to them being really 'on' for this shoot. I do appreciate your work, time, and money in this effort to grow together. I know that your support of our efforts and the staff's work result in a stellar product and we definitely need to keep that up as we grow.

I have had a most effective week and USA Today will be ready to sign the distribution agreement next week, we have set up our content sharing with them for existing work, and they are nailing down final budget for both Vegas and the cruise work. Stay tuned on that for more.

Peter and I spent a lot of time on calls with Apple this week for their upcoming projects and next week will be consumed with writing up new Master Service Agreements and Statements of Work. We've had a few new bites for new business, a confirmation again of the meeting with United Airlines and USA Today, and as you probably already read, Caesars is still on the table (go figure!). In short, we are on target for revenue this month as we discussed in our meeting. Everything looks very good and I, for one, am happy and relieved.

Thanks again for the update and we'll chat again next week.

Outlook Print Message

Nick, Nelson, and Dan are prepared to head to Panama in a few days. I had lunch with Nick today and emphasized how important it is to put forward a very confident, cool demeanor while on the property. I met with Nelson too and advised him to get a gosh darn haircut, which he will be doing prior to leaving.

We had a staff meeting yesterday and I reminded everyone how important Trip is to our bottom line, and how Trip projects should always be given front-burner treatment. Despite the number of projects we have going on I always want you to be getting the best product and service possible.

Lets plan to touch base early next week.

Cheers,

Chuck Fryberger

www.ChuckFryberger.com

Studio: +1 303 825 0366

Mobile: +1 303 917 1692

# RE: Mid-week update

From: **Kulin Strimbu** (kulin@triptelevision.com)    This sender is in your contact list.
Sent: Fri 1/11/13 3:27 PM
To:    'Chuck Fryberger' (chuck@chuckfryberger.com)

Hi Chuck,

Sorry for all of the inconvenience with the server. The dance to fix it has definitely been inconvenient for everyone. Gratefully, this too shall pass and it will be over soon. The new card is on order and will be there Tuesday – we tried from Monday but they were immovable.

Regarding Nick, Nelson, Dan, I believe the Trump Panama shoot has wrapped and would love to hear what the feedback has been from the shoot. If you have any information on that, I would definitely appreciate it.

Regarding Frazer, I am a bit apprehensive about the last transition of our external production resources into CFF right now. We have yet to work up a mutually agreeable solution to the billing we discussed and he definitely is predictable cost for us right now and one that is a little less as a stand-alone production cost. I would feel better if we have a new agreement in place before he moves over to become CFF staff. Secondarily, Cameron has been working with him and his livelihood is impacted by this move as well. I'd like to understand better how you see this playing out. Can I get some additional information?

Have you had time to consider new billing structures? I have two proposals that are going out to USA Today and it would throw is into the top tier of our agreement in an uncomfortable way. Right now, we have an incentive *not* to over produce. We really should make some time Monday to sit down and hash this out.

The Accounts Receivable information will come from Beth – my apologies but not my department. I can check with her if she hasn't gotten back to you yet. Regardless, and as we discussed last week, I expect the invoices I have out to be paid within the next two weeks. I do believe we are still on target to get your invoices resolved by the end of the month.

Thanks so much for all your help and support. I really appreciate it.


Best,

Kulin



**Kulin L. Strimbu**

**President/CEO**



---

**From:** movecrafter@hotmail.com [mailto:movecrafter@hotmail.com] **On Behalf Of** Chuck Fryberger
**Sent:** Wednesday, January 09, 2013 3:08 PM
**To:** Beth Holt; Kulin Strimbu
**Subject:** Mid-week update


Hey guys.


Quick mid-week update. Today we're performing mild surgery on the Trip computer / server system and things are going well so far. We seem to be on track to have data starting to move over to my new server before the end of the day. We currently have 4 editors still working on various vignettes and of course Nick, Nelson, and Dan are off to Panama. Nick definitely has his eye on keeping a very professional appearance so I have high hopes that the client will be impressed with our efforts.


Next week I'll be hiring Frazer as a full time CFF employee. This is good news for Trip, as it ensures that he doesn't wander off to any of the other production houses (he has been actively looking for full time work). It won't change too much about how you can use Frazer, it just means that I'll be paying his salary and having

him work on some other projects for us over the next months, so getting him scheduled for shooting would go through me. We'll have a clear cutoff for when the transition happens... he'll be billing you as a freelancer up through the work he's finishing over the next week, and then I'll take him from there and you'll just see his finished minutes in our normal invoices.

Speaking of which, would it be possible to get another check in this week? I inquired about this on Monday but I have not heard back.

Also due up next week will be our mid-january minutes report, which will be a little low due to the Trip server pooping out and a short delay while getting ours fully operational.

Cheers,

Chuck Fryberger

www.ChuckFryberger.com

Studio: +1 303 825 0366

Mobile: +1 303 917 1692

10/18/13
Outlook Print Message

# RE: Quick Summary , Frazer

From: **Kulin Strimbu** (kulin@triptelevision.com)   This sender is in your contact list.
Sent:   Tue 1/15/13 10:58 AM
To:   'Chuck Fryberger' (chuck@chuckfryberger.com); 'Thom' (thom@triptelevision.com); 'Beth Holt' (beth@triptelevision.com)

Hi Chuck,

Thanks for taking the time to meet with Thom and me yesterday. I feel very confident that all will be well with the terms of our agreement in the very near future and appreciate your support in the meantime. We will do our best to notify you about the current 'state-of-affairs' on our end and also forward payments to you whenever possible.

As we discussed, I am comfortable waiting to discuss any new terms as well as renewal/cancellation of our agreement in March.  We must do it before Beth leaves for Mexico, so let's be sure to get it done the first week of that month.

If Frazer is good with that time frame, that also sounds fair to me.   In the meantime, I am grateful that we will get some serious progress with our excursion videos.  If something changes with him, please let me know.  Regarding Cameron, please feel free to contact him via email (Cameron@TripTelevision.com) or via cell at 303-881-1111. I appreciate you doing that as well.

If we missed anything or you have additional concerns, please let me know.

Talk to you soon –

Kulin

**Kulin L. Strimbu**

10/18/13                                    Outlook Print Message

**President/CEO**

**From:** movecrafter@hotmail.com [mailto:movecrafter@hotmail.com] **On Behalf Of** Chuck Fryberger
**Sent:** Monday, January 14, 2013 12:52 PM
**To:** Kulin Strimbu; Thom; Beth Holt
**Subject:** Quick Summary , Frazer

Hey guys,

Just a quick summary of our lunch meeting today:

1) We discussed that given the amount of work coming in at the moment, my bills should be getting back on track within a few weeks. This is great to hear and please let me know if I can do anything to help.

2) Regarding our upcoming agreement renewal, we agreed to push back the automatic 12-month renewal until at least March 1st. This will allow me the time to work on the feature film and then we can make any necessary changes to the agreement prior to March, and we'll try to have a new agreement in place starting March 1st. If we're able to start getting you caught up and if things are looking good I would like nothing more than to make a few tweaks to the agreement and then lock it in for another year of growth and high quality productions.

3) Regarding Frazer, we agreed to push his start date at CFF back to March 1. I chatted with him just now and he said that March 1 sounded fine, and that if any other offers came up before then that he would give me right of first refusal, so it seems like he won't be wandering off before then. We also discussed the potential of Cameron coming into CFF as our next assistant editor, even if his work was directly billable to Trip Television. I'm fine with that but I'd like to meet Cameron again and get to know him a bit better to make sure he would be

a good cultural fit for our office. I suspect he will.

I really appreciate your concern for our mutual welfare. I know that things are very stressful for you and that I haven't done much to ease the already large expectations. Thanks for keeping up the flow of information, and the flow of funds as they become available.

In Touch,

Chuck Fryberger

www.ChuckFryberger.com

Studio: +1 303 825 0366

Mobile: +1 303 917 1692

# Re: Business strategy

From: **Beth Holt** (beth@triptelevision.com)    This sender is in your contact list.

Sent:  Thu 1/24/13 2:06 PM

To:   Chuck Fryberger (chuck@chuckfryberger.com)

Cc:   Kulin Strimbu (kulin@triptelevision.com)

Chuck -

While I have no idea what Thom deemed as share-worthy, I would agree that the last couple of days were enlightening and enouraging about what already looks like a pretty dandy path. I suppose you know that it elevates your mind when someone outside your business corroborates that what you are doing stands offer an incredible outcome.

When you and I talked, we agreed not to meet today and just wait until your movie is over. I imagine you will need a day or two breather after the 23rd, but know we can arrange something that will suit everyone as you know more about your schedule as it unfolds.

We are interested in discussing your offer of the other day when we do meet. If you have additional ideas or information that you would like to share to add to our cogitation, it is certainly welcome.

Nothing has changed in the short, medium, or long-term outlook for us. Everything we expect to happen is moving forward. You are at the top of my mind as the floodgates open. I promise you again that I will let you know the moment that has happened.

Have a great weekend and movie launch on Monday!

Beth

On Thu, Jan 24, 2013 at 10:49 AM, Chuck Fryberger <chuck@chuckfryberger.com> wrote:

> Hey guys,
>
> I chatted with Thom a bit today. It was interesting to hear a few tidbits from your business consultant.
>
> I know you're probably thinking long-term at the moment, but how are our short and medium terms looking? Are things going according to plan? I forget... were we meeting up today?
>
> Feel free to give me a call. I'll be at the studio all day.
>
> Cheers,

10/18/13

# RE: Report from Chuck Fryberger Films

From: **movecrafter@hotmail.com** on behalf of **Chuck Fryberger** (chuck@chuckfryberger.com)
Sent:   Mon 2/04/13 4:27 PM
To:     Beth Holt (beth@triptelevision.com)
Cc:     Kulin Strimbu (kulin@triptelevision.com)

Hi guys,

Thanks for working so hard to get things rolling. I charged $4000 to the Trip card ending in 2174.

Next monday I'll plan on another $4K, and I'll also plan to get together with y'all (Beth and Bob - and Kulin if you're available).

Beth, have a nice time down in Dallas. Kulin, I hope you're doing well.

Cheers,



### Chuck Fryberger
Principle Cinematographer

**www.chuckfryberger.com**
studio: 303.825.0366
mobile: 303.917.1892

Chuck Fryberger - Owner and Principal Cinematographer - www.chuckfryberger.com - Studio: 303.825.0366 - Cell: 303.917.1692

---

CC: kulin@triptelevision.com
From: beth@triptelevision.com
Subject: Re: Report from Chuck Fryberger Films
Date: Mon, 4 Feb 2013 17:10:12 -0600
To: chuck@chuckfryberger.com

Chuck,

As predicted, things have become happily more clear today. Because I thought you would nor be available at all during the filming, I did not think it necessary to let you know that I had to be in Dallas this morning for reasons I could not avoid. There would have been no way for us to see one another and talk In person today. I will be back by the end of the week.

Here is what is we can do on thr money:

First,assuming you have the
Trip Visa card handy, you can process $4,000 on it today.

10/18/13                                    Outlook Print Message

Second, next Monday. February 11th, you may process another $4000 on the card

Third, by February 19, we can make a much more meaningful payment toward the bill  We have commitments on payment timing where I am now comfortable we are no longer guessing.

In the meantime, let's get some numbers flying between us about your idea regarding acquisition. Some new ithoughys about resource options to help find a deal with assurance have been Unfolding. Getting an agreement and moving forward could well be an affable decision for us both.

At the very least, if you know now that you will have some time off the field next week, I know I will be around.  Until today, I thought I might have to be in Texas through next week, but that is no longer the case.

I cannot tell you how excited we are to be on about the business of moving things forward and striking the right balance between your company and ours.

My cell phone works most of the time if you need to chat or have a question about anything. Otherwise, the ball is in your court about a time to meet next week.

Thanks one last time for your patience.

Sincerely,

Beth Holt
303-881-8580

On Feb 4, 2013, at 10:49 AM, Chuck Fryberger <chuck@chuckfryberger.com> wrote:

Hi guys,

Looking forward to hearing from you today. If you would like to get together, I'm available.

Thanks,



**Chuck Fryberger**
Principle Cinematographer

www.chuckfryberger.com
studio: 303 825.0366
mobile: 303.917 1692

> From: kulin@triptelevision.com
> To: Chuck@ChuckFryberger.com; Beth@triptelevision.com
> Subject: RE: Report from Chuck Fryberger Films
> Date: Sun, 3 Feb 2013 19:01:37 -0500
>
> Hi Chuck,
>

10:37 AM
08/26/14

## Chuck Fryberger Films LLC, DBA Sparkshop
## Customer QuickReport
### All Transactions



| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Trip Television** | | | | | | | |
| Payment | 07/12/2012 | | | Undeposited Funds | X | Accounts Rec... | 5,250.00 |
| Payment | 07/20/2012 | | Square | Undeposited Funds | X | Accounts Rec... | 1,750.00 |
| Payment | 07/22/2012 | | square | Undeposited Funds | X | Accounts Rec... | 2,002.00 |
| Payment | 08/13/2012 | | Swiped to Sq... | Undeposited Funds | X | Accounts Rec... | 3,412.50 |
| Payment | 09/07/2012 | | deposited Se... | Undeposited Funds | X | Accounts Rec... | 6,259.50 |
| Payment | 09/07/2012 | | deposited se... | Undeposited Funds | X | Accounts Rec... | 13,000.00 |
| Payment | 10/10/2012 | 1532 | Sept invoice f... | Undeposited Funds | X | Accounts Rec... | 12,200.00 |
| Payment | 11/01/2012 | | Processed o... | Undeposited Funds | X | Accounts Rec... | 4,000.00 |
| Payment | 11/14/2012 | 5151 | Check from '... | Undeposited Funds | X | Accounts Rec... | 11,811.00 |
| Payment | 12/31/2012 | Dec 3... | | Undeposited Funds | X | Accounts Rec... | 10,000.00 |
| Payment | 01/18/2013 | | | Undeposited Funds | X | Accounts Rec... | 1,576.25 |
| Payment | 01/21/2013 | | Charged $4K... | Undeposited Funds | X | Accounts Rec... | 3,859.70 |
| Payment | 02/20/2013 | Feb 19 | | Undeposited Funds | X | Accounts Rec... | 5,000.00 |
| Payment | 02/28/2013 | | Square on Fe... | Undeposited Funds | X | Accounts Rec... | 3,859.85 |
| Payment | 03/01/2013 | | Streamside c... | Undeposited Funds | X | Accounts Rec... | 7,500.00 |
| Payment | 03/07/2013 | | | Undeposited Funds | X | Accounts Rec... | 964.85 |
| Payment | 03/07/2013 | | | Undeposited Funds | X | Accounts Rec... | 964.85 |
| Payment | 03/08/2013 | | | Undeposited Funds | X | Accounts Rec... | 4,000.00 |
| Payment | 03/08/2013 | | | Undeposited Funds | X | Accounts Rec... | 1,000.00 |
| Payment | 03/10/2013 | | part of the $4... | Undeposited Funds | X | Accounts Rec... | 2,423.75 |
| Payment | 04/04/2013 | 5200 | | Undeposited Funds | X | Accounts Rec... | 9,000.00 |
| Payment | 05/02/2013 | May 2... | | Undeposited Funds | X | Accounts Rec... | 964.85 |
| Payment | 05/03/2013 | | | Undeposited Funds | X | Accounts Rec... | 1,000.00 |
| Payment | 05/28/2013 | | | Undeposited Funds | X | Accounts Rec... | 3,000.00 |
| Payment | 08/01/2013 | 5232 | | Undeposited Funds | X | Accounts Rec... | 600.00 |

8/26/2014

Outlook.com Print Message

Print                                                                                          Close

#9

From: **Chuck Fryberger** (chuck@chuckfryberger.com)
Sent:  Fri 3/22/13 3:46 PM
To:    Kulin Strimbu (kulin@triptelevision.com); Beth Holt (beth@triptelevision.com); Bob Holt
       (bob@bbholt.com)
Cc:    Thom (thom@triptelevision.com)

Good Afternoon,

This is to inform you that I will be terminating our Master Service Agreement effective at 5PM on Friday,
March 29th. Prior to this time, all Trip Television property and data must be cleared from my studios. Also at
this time, any physical items on the premises or any data remaining on any of our systems will be disposed of /
deleted. Please plan accordingly to remove all your items and data prior to this time. I've had Thom return his
building keys to me, but a single representative from your company will have access during normal business
hours next week to make the necessary preparations. Thom and I met briefly and outlined a plan to ensure that
all of your data is securely transported off-site.

As per our agreement, Trip Television shall pay all fees incurred through March 29th including all past-due
balances.

The current total of due and past due balances is $112,494. I understand this may not directly correlate with
your records, as I have recorded several payments made with credit cards at an amount to reflect fees incurred.

The billing for March is currently at $26,210. This will increase slightly as we finish counting delivered minutes
and account for the partially finished projects. We currently have 28 videos that are in various unfinished stages.
I would propose billing 50% of the minutes based on an average video length of 1 minute, so a flat 14 minutes
to be added to the March deliveries.

On Monday morning, I'll be holding a staff meeting to inform the team that we'll be putting all Trip work on hold
indefinitely.

I don't plan to take any legal action unless we are unable to agree on a reasonable schedule to arrive at full
payment.

Thank you,



# MINOR&BROWN PC
## ATTORNEYS & COUNSELORS

**Kim L. Ritter**
kritter@minorbrown.com

July 31, 2013



**PERSONAL & CONFIDENTIAL**
**VIA FEDERAL EXPRESS**

Kulin Strimbu
President & CEO
TripTelevision
7200 S. Alton Way, Suite A-190
Centennial, CO 80112

      Re:    Master Service Agreement / Chuck Fryberger Films
              dated August 15, 2012

Dear Ms. Strimbu:

      This firm represents Chuck Fryberger Films. Mr. Fryberger has been in contact with me regarding an outstanding balance of TripTelevision, LLC. Based upon the information I have reviewed, my client performed services pursuant to the terms of the above contract. A large portion of the invoice for service remains unpaid. My client has attempted to work out a payment plan as evidenced by his April 15, 2013 email proposal.

      Although my client acknowledges payment of the amount of Fourteen Thousand Dollars ($14,000.00) since the transaction of the Master Service Agreement on March 31st, there is a large outstanding balance of One Hundred Thirty Two Thousand Six Hundred Fifty Two and 08/100 Dollars ($132,652.08) that must be paid. My client is willing to consider a payment plan however he will require security and/or a personal guarantee to insure payment.

      Please have your legal counsel contact me to discuss the terms of a promissory note and security.

                           Sincerely,

                           Kim L. Ritter

KLR/py
cc:    Chuck Fryberger (via email)

{MB531354-1}

*650 SOUTH CHERRY STREET • SUITE 1100 • DENVER • COLORADO 80246-1813 • TEL 303 320 1053 • FAX 303 320 6330 • WWW.MINORBROWN.COM*

*Business Sales and Acquisitions • Business Growth and Tax Planning • Employment • Exit and Succession Planning*
*Business and Civil Litigation • Estate Planning and Probate • Bankruptcy • Real Estate • Private Equity and Financing*

# Lacey Mashinter, LCSW

441 Wadsworth Blvd, Ste 225-B
Lakewood, CO 80226
Phone: 303.748.2410
Fax: 206.202.1405
E-Mail: laceymashinterlcsw@gmail.com

\# 11

January 17, 2014

To Whom It May Concern:

*I am the therapist for Charles Fryberger, whom I have been working with since July 2013 for treatment of his depression. Through his treatment he has learned effective coping mechanisms and relaxation techniques that he uses on a regular basis. He successfully can identify his triggers and knows how to cope with them when they arise, instead of being self-destructive. Charles has also showed improvement on handling disappointments with his business, and not internalizing or personalizing when they do occur. He also has been working on improving his self-esteem and confidence.*

*Charles has been an active participant in his treatment, and has worked very hard at improving himself by making healthy lifestyle changes and learning positive thought processes.*

Sincerely,

Lacey Mashinter
LCSW

4/29/2014
Outlook.com Print Message

Print                                                                                    Close

From: **Chuck Fryberger** (chuck@chuckfryberger.com)
Sent:  Tue 7/30/13 6:24 PM
To:    agerakaris@applevac.com (agerakaris@applevac.com)
Bcc:   ██████████████ ██████████████

# 12

Hi Ali,

I haven't had the pleasure of meeting you in person, but we've exchanged a few greetings during conference
calls taking place at my studios.

I'm the guy behind quite a few of the recent productions Apple has been using to promote its amazing resorts
and hotels (which look beautiful - especially in the winter when Denver is covered in snow and ice).

My company was contracted by Trip Television to shoot, edit, and deliver quite a lot of material over the last
year. Unfortunately things have come to the point where I felt I need to reach out to you personally to see if we
could put our heads together to resolve a sticky situation.

In March of this year I had to terminate our agreement with Trip Television due to non-payment on services
delivered. The outstanding bills date back to work delivered in November of last year and stretch all the way to
when the agreement ended at the end of March this year. The total balance on their account is just over
$130,000 and as a small business owner it's been extremely difficult to cope with this unpaid bill as it represents
quite a large percentage of my company's annual billing.

This is in NO WAY meant to be seen as a threat, but the issue at hand is that since I was never paid for the
creative work provided to Trip Television, the copyright for the raw footage and the finished pieces never
transferred to them, and by extension, could not have been transferred to Apple, which puts us in the
uncomfortable position of Apple using unlicensed creative property to promote their resorts, since the
copyrights still rest with my company.

It's a complicated situation and it might be best to jump on the phone and talk in person. Again, none of this is
meant to be threatening in any way, but I'm near the end of my rope and I thought it might be productive to
speak with you personally to see if there was anything that could be done to help resolve the situation smoothly.

Let me know if you might be available to speak by phone. I'm fairly flexible so any time that works for you will
probably work for me too.

Thanks for your time,



**Chuck Fryberger**
Principal Cinematographer

**www.chuckfryberger.com**
studio: 303.825.0366
mobile: 303.917.1692

Chuck Fryberger - Owner and Principal Cinematographer - www.chuckfryberger.com - Studio: 303.825.0366 - Cell: 303.917.1692

8/26/2014                                    Outlook.com Print Message

Print                                                                              Close

---

From: **Ali Gerakaris** (AGerakar@APPLEVAC.COM)
Sent: Tue 8/06/13 1:42 PM
To:    chuck@chuckfryberger.com

Hi Chuck,

I'm so sorry to hear about your difficulties. My boss and I will try to get to the bottom of it from Kulin's end, as we are contracted directly with her. I hope this is resolved quickly for you and your business!

AG

Ali Gerakaris
Senior Marketing Manager
101 Northwest Point Blvd.
Elk Grove Village, IL 60007
847-631-2691
agerakar@applevac.com

Chuck Fryberger ---08/05/2013 05:57:16 PM---Hi Ali, Sorry about that. Below is a copy of the original message. Let me know if we can jump on the

| | |
|---|---|
| From: | Chuck Fryberger <chuck@chuckfryberger.com> |
| To: | Ali Gerakaris <agerakar@applevac.com>, |
| Date: | 08/05/2013 05:57 PM |
| Subject: | RE: Video Updates |
| Sent by: | <movecrafter@hotmail.com> |



# The Bret Beattie Law Firm, LLC
## 7200 S. Alton Way
## Suite A-120
## Centennial, Colorado 80112
## (720) 708-3275
## Fax (720) 708-3268

#13

# Facsimile:

| | | | |
|---|---|---|---|
| To: | Mr. Chuck Fryberger, c/o Kim L. Ritter, Esq. | From: | R. Bret Beattie |
| Fax: | (303) 320-6330 | Pages: | Cover + 12 |
| Phone: | | Date: | 8/13/2013 |
| Re: | | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☒ Please Recycle

**THIS FACSIMILE MAY CONTAIN ATTORNEY PRIVILEGED OR CONFIDENTIAL INFORMATION.**
If the reader of this message is not the intended recipient or an employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any discrimination, distribution of copying of this communication is strictly prohibited. If this message was received in error, please notify The Bret Beattie Law Firm, LLC at (720) 708-3275 or FAX (720) 708-3268. *Thank you.*

Kim Ritter, Esq.
Mr. Chuck Fryberger
August 13, 2013
p.2

"With the change in business direction to include other types of rich media, we fully believe the plan is going to come together in the next several months to execute the plan to buy his company and his accounts receivable (including our bill)."

To be sure, no one at Trip wants to be hostile to Mr. Fryberger.  I am told they understand how Mr. Fryberger could become impatient under the circumstances.  Nevertheless such contacts with Apple Vacations are counter-productive and must cease immediately.

I would be happy to discuss this matter further with counsel as you see fit.

Very truly yours,

R. Bret Beattie
The Bret Beattie Law Firm, LLC

RBB/kjo



 **Leyendecker & Lemire,** LLC

*An Intellectual Property and Business Law Firm*

*Kurt P. Leyendecker, Esq.*
*Peter C. Lemire, Esq.*
*Andrew S. Graff, Esq.*

December ___, 2013

SENT VIA US POST AND E-MAIL

Apple Vacations
Attn: Legal Department
_____
_____
_____

RE: COPYRIGHT VIOLATIONS

Dear _____,

Our firm represents Chuck Fryberger Films ("CFF") with respect to its intellectual

property matters. It has come to our attention that you are currently reproducing and offering for

public viewing approximately fifty-seven videos that are owned by our client. *See Exhibit A.*

This has been done without our client's permission and in direct violation of his copyrights in

and to the videos. Our client requests that you immediately cease and desist from infringing his

copyrights, requests you enter into negotiations for back compensation regarding your previous

unauthorized use and enter into a licensing agreement for any continued use of the materials.

Upon information and belief you were given the videos by TripTelevision, LLC ("TTL")

without our client's permission and while TTL was in breach of their agreement with CFF. On

**Leyendecker & Lemire, LLC.**

or about August 15, 2012 CFF entered into a contract to produce certain videos (the
"Copyrighted Videos") for TTL(the "Video Agreement"). The Video Agreement is devoid of
any language transferring the ownership of the Copyrighted Videos to TTL. In March of 2013,
the contract with TTL was terminated by CFF due to TTL's failure to pay approximately
$146,000.00 due under the Video Agreement. It is our understanding that TTL illegally turned
over the Copyrighted Videos to you, and that you are currently using the Copyrighted Videos in
the promotion of your business.

2

Leyendecker & Lemire, LLC.

The copyright to a work initially vests in the author of the work.  17 U.S.C. § 201(a).

Copyright ownership can be conveyed only by a writing signed by the owner of the copyright. 17

U.S.C. § 204(a) (providing "A transfer of copyright ownership, other than by operation of law, is

not valid unless an instrument of conveyance, or a note or memorandum of transfer, is in writing

and signed by the owner of the rights conveyed or such owner's duly authorized agent.")  The

only other way a third party may acquire rights in a copyrighted work is for that work to be

considered a work for hire, in which the author's employer is considered the actual author of the

work.  In order for it to be a work for hire 17 U.S.C. § 101 provides:

> A 'Work made for hire is'-
>
> 1. A work prepared by an employee within the scope of his or her employment; or
> 2. A work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, **if the parties expressly agree in a written agreement signed by them that the work shall be considered a work made for hire.**

(emphasis added).

In this situation, it is clear that the Copyrighted Videos do not constitute a work for hire.  First,

CFF is not an employee of TTL.  CFF is clearly an independent contractor.  Secondly, the

creation of the videos would not be considered under subsection (2) because the parties did not

have a written agreement that expressly stated that any work created by CFF was to be

considered a work for hire.

In light of the forgoing, the only party which could authorize your use of the Copyrighted

Videos is CFF.  Quite simply, TTL cannot grant to you rights it does not have.  Under copyright

law the author has the _exclusive_ right to control the reproduction, adaption, distribution,

performance, display and transmission of a work.  17 U.S.C. § 106.  Anyone who violates those

rights is considered an infringer. 17 U.S.C. § 501(a).  By publishing, reproducing and displaying

3

**Leyendecker & Lemire, LLC.**

the works publicly without our clients consent (in violation of a notice previously sent to you by CFF on July 30th, 2013 and then again on August 5th, 2013, you are infringing CFF's exclusive rights. As an infringer you are subject to an award of CFF's lost profits (conservatively in excess of $130,000) plus your profits.

Given the forgoing, CFF hereby demands that you immediately compensate CFF for the unauthorized use, reproduction, public display of any of the Copyrighted Videos, including but not limited to the works listed in Exhibit A, in an exchange for a release of all claims by CFF of any liability due to its unauthorized use of the Copyrighted Videos. Failure to enter into a settlement agreement will result in CFF pursuing all legal remedies against Apple, including but not limited to filing suit in a court of competent jurisdiction for intentional copyright infringement seeking a permanent injunction from any further infringement of the Copyrighted Videos and the aforementioned damages.

Please contact me to discuss this case further.

Sincerely,

Peter C. Lemire.

4

Upload

TripTelevision has been terminated because we received multiple third-party claims of copyright infringement regarding material the user posted.



**Popular channels on YouTube**

 **JennaMarbles**
　Subscribe

 **HolaSoyGerman.**
　Subscribe

 **Smosh**
　Subscribe

 **PewDiePie**
　Subscribe

 **OneDirectionVEVO**
　Subscribe

 **RihannaVEVO**
　Subscribe

Language: English ▼    Country: Worldwide ▼    Safety: Off ▼    Help

**About**　**Press & Blogs**　**Copyright**　**Creators & Partners**　**Advertising**　**Developers**　**+YouTube**

Terms　Privacy　Policy & Safety　Send feedback　Try something new!

kulin strimbu



YouTube account Kulin Strimbu has been terminated because we received multiple third-party notifications of copyright infringement from claimants including:
Charles Fryberger dba Chuck Fryberger Films

# FENNEMORE CRAIG, P.C.

1700 Lincoln Street, Suite 2900
Denver, Colorado 80203
(303) 291-3200

**Troy R. Rackham**
Direct Phone: (303) 291-3209
Direct Fax: (303) 813-3829
trackham@fclaw.com

#15

**Law Offices**
Denver    (303) 291-3200
Las Vegas (702) 692-8000
Nogales   (520) 281-3480
Phoenix   (602) 916-5000
Reno      (775) 788-2200
Tucson    (520) 879-6800

February 20, 2014

**VIA FACSIMILE**

Peter C. Lemire, Esq.
Leyendecker & Lemire, LLC
5460 S. Quebec Street, Suite 300
Greenwood Village, CO 80111
Fax: (303) 672-9200

> Re:  *TripTelevision, LLC—Cease and Desist*
> *File No. 036406.0002*

Dear Mr. Lemire:

I called you yesterday and left a voice mail message. Our firm represents TripTelevision, LLC. I have a voice mail message from Chuck Fryberger. However, given that you provided correspondence on February 11, 2014 to Apple Vacations on behalf of Chuck Fryberger Films relating to the dispute at issue between TripTelevision and Chuck Fryberger Films ("CFF"), I am writing you instead of communicating with Mr. Fryberger. If you would rather me communicate directly with Mr. Fryberger, please let me know.

I would like to speak with you about this matter because it appears that Mr. Fryberger is engaged in a campaign to harm TripTelevision's relationships with its current and prospective customers. His actions and continued pursuit of such actions jeopardize TripTelevision's relationships with current and prospective customers, which has the potential to negatively impact TripTelevision's revenue. If TripTelevision's revenue is jeopardized, TripTelevision would not have funds to pay Chuck Fryberger Films. Obviously this result would be contrary to CFF's interest in getting paid for work performed under the Master Service Agreement. It also risks legal claims against CFF for breach and for interference with business relations.

TripTelevision already has paid CFF $115,708 under the Master Service Agreement. TripTelevision is interested in further discussing potential solutions to CFF's concerns, including CFF's desire to be paid additional sums. TripTelevision is budgeting amounts toward satisfying CFF's outstanding concerns. TripTelevision cannot practically pay CFF, however, until CFF ceases and desists from its actions that interfere with TripTelevision's current and prospective

# FENNEMORE CRAIG, P.C.

**VIA FAX MAIL**

Peter C. Lemire, Esq.
February 20, 2014
Page 2

business relationships.  I have enclosed a copy of the Master Service Agreement between CFF and TripTelevision to assist in the starting point for a discussion.  It contains important terms with respect to the definition, treatment and use of Confidential Information and the rights to derivative work.

I look forward to being able to discuss this matter with you as soon as possible.

Sincerely,

FENNEMORE CRAIG, P.C.

Troy R. Rackham

TRAC

Enclosure

cc:      Client

≠15

# FENNEMORE CRAIG, P.C.

1700 Lincoln Street, Suite 2900
Denver, Colorado 80203
(303) 291-3200

**Troy R. Rackham**
Direct Phone: (303) 291-3209
Direct Fax: (303) 813-3829
trackham@fclaw.com

**Law Offices**
| | |
|---|---|
| Denver | (303) 291-3200 |
| Las Vegas | (702) 692-8000 |
| Nogales | (520) 281-3480 |
| Phoenix | (602) 916-5000 |
| Reno | (775) 788-2200 |
| Tucson | (520) 879-6800 |

April 30, 2014

**VIA EMAIL**

Peter C. Lemire, Esq.
Leyendecker & Lemire, LLC
5460 S. Quebec Street, Suite 300
Greenwood Village, CO 80111

> Re:  *TripTelevision, LLC v. Chuck Fryberger Films*
> File No. 036406.0002

Dear Mr. Lemire:

I have had a chance to review all the invoices provided by Chuck Fryberger Films ("CFF") for work that CFF claims was performed.  Those invoices are attached hereto.  There are five total (Invoice Nos. 985, 988, 1003, 1008 and 1017).  They identify the videos in which CFF was involved and the projects in which CFF was involved for TripTelevision.

Also enclosed hereto is the list of videos CFF provided to Apple Vacations, claiming alleged copyright violations.  A simple comparison of the invoices from CFF to the list provided to Apple Vacations shows clearly that CFF claimed original rights to videos in which CFF was clearly not involved, or only involved on a derivative basis, based on CFF's own invoices.  For example, CFF claimed copyright rights to videos shot in Huatalco.  TripTelevision's records confirm all footage of those videos were shot in April 2012 by TripTelevision personnel.  CFF's invoice from November 30, 2012 (Invoice No. 985) bills for "finished minutes" relating to these videos and CFF's records indicate that these services were performed in late August 2012.

Under the Master Services Agreement, CFF agreed that all video footage shot by TripTelevision was the property of TTV.  Likewise, CFF agreed that "any derivative thereof remains the property of TTV."  The agreement clearly provides that the term "derivatives" means "for copyrightable or copyrighted material, any translation, abridgement, revision or other form in which an existing work may be recast, transformed or adapted…."  *Master Service Agreement*, at 5.  This definition includes finishing or editing services on video footage TripTelevision shot.  The property from that footage unquestionably belongs to TripTelevision because the footage was originally shot by TripTelevision at locations TripTelevision chose by employees of TripTelevision.

# FENNEMORE CRAIG, P.C.

**VIA EMAIL**

Peter C. Lemire, Esq.
April 30, 2014
Page 2

Likewise, CFF claimed rights to video footage shot in Ixtapa. Again, TripTelevision records confirm that these videos were shot by TripTelevision personnel from April 15 through May 2, 2012. CFF's invoices claim only services for "finished minutes" that allegedly occurred much later, in late August or early September 2012. The footage was originally shot by TripTelevision at locations TripTelevision chose by employees of TripTelevision. CFF has no valid claim to rights in this footage. The same is true for videos in Puerto Vallarta, Cancun, Punta Cana, and Jamaica.

Despite these facts, which obviously were known to CFF given CFF's invoices, CFF claimed rights to the videos as reflected on the list sent to Apple Vacations, which is attached hereto. CFF's claim to rights in the video footage was wrong and reckless. It has caused substantial damage to TripTelevision's contractual relationship with Apple Vacations. The damages associated with the damage to TripTelevision's contractual relationship with Apple Vacations is believed to exceed $200,000 at this point and is growing by the day. The damage to this contractual relationship was caused directly and proximately by CFF's claim to rights in the video footage. CFF's own documents now show that claim to be wrong, at best. At worst, the claim was an intentional interference with TripTelevision's business without justification.

Additionally, the five invoices provided indicate a total of $121,443.17. TripTelevision already has paid CFF $115,708 under the Master Service Agreement. The invoices provided do not account for or reconcile these payments. At best, CFF's claim to entitlement to payment of over $130,000 is vastly overstated. At worst, CFF has used its baseless claim to copyright in video footage taken by TripTelevision, at TripTelevision's expense with TripTelevision's employees, to threaten TripTelevision's business relationships and create false leverage to extract payments from TripTelevision. This wrongful conduct not only invalidates CFF's claim to be paid amounts due on invoices, but also exposes CFF to substantial damages.

Nevertheless, I understand that Mr. Fryberger and Ms. Strimbu will be discussing possible approaches to a resolution. I write this to advise you, as CFF's counsel, that if a resolution cannot be reached, TripTelevision fully intends to protect its rights by seeking appropriate relief against CFF in court.

Sincerely,

Troy R. Rackham

Encs.: as stated above

# FENNEMORE CRAIG, P.C.

**VIA EMAIL**

Peter C. Lemire, Esq.
April 30, 2014
Page 3


cc:     Kulin Strimbu



**Leyendecker & Lemire, LLC**
*An Intellectual Property and Business Law Firm*

*Kurt P. Leyendecker, Esq.*
*Peter C. Lemire, Esq.*
*Andrew S. Graff, Esq.*

≠ 16

June 13, 2014

SENT VIA US POST AND E-MAIL

James R. Sims III
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave.
Washington DC 20004

RE: APPLE VACATIONS COPYRIGHT VIOLATIONS

Jim:

Enclosed please find a copy of a letter from TripTelevision's counsel and our response of equal date herewith. I am including this correspondence because I know that you and TripTeleveision ("TT") have been in communications with each other regarding this matter and there is a high probability that Mr. Rackham has shared his letter with you outlining what he believes to be deficiencies in our allegations. As you can see from our response, while our initial spreadsheet did include a certain number of video that did in fact contain footage owned by TT, much of Mr. Rackham's assertions are in fact in error. I have attached a revised spreadsheet which has been revised to remove any videos containing TT footage and includes newly found infringements. We have currently identified over 60 violations of CFF's rights.

5460 S Quebec St, Suite 330
Greenwood Village, CO 80111
(303) 768-0123 Phone; (303) 672-9200 Fax
www.ColoradoIPLaw.com

**Leyendecker & Lemire, LLC.**

     I have previously outlined the legal basis for CFF's claims. To date, neither TT nor Apple Vacations have disputed these contentions. The fact remains that Apple Vacations has been on notice of its unauthorized use of the videos for almost a year and not only has failed to remove the infringing materials from public access, but has actually released additional infringing videos.

     CFF is not looking to reap a windfall out of this situation. Thus far, CFF has attempted to negotiate in good faith acceptable solutions with both TT and Apple Vacations for some time. CFF's efforts have been met with diversionary tactics intent on misdirecting the parties attention from the true issues of this dispute. The fact remains, CFF needs to be compensated for the works it created. With more than 60 infringements currently active, CFF has and is continuing to experience significant damage to its business. Therefore, in a final effort to resolve this matter without resorting to litigation against TT and Apple Vacations CFF is willing to extend one last offer of settlement.   In exchange for a settlement of $_____, CFF is willing to assign to Apple Vacations all rights title and interest in and to the videos it is currently using and intends to use in the future; release Apple Vacations of all claims CFF may have against Apple Vacations; and provide any reasonable assistance to Apple Vacations with regard to this matter. This offer will be valid effective until June 27, 2014. After that, my client will begin to pursue legal action against both TT and Apple Vacations.

Please contact me to discuss this case further.


Sincerely,


Peter C. Lemire.

Assistant: Mariela Edwards | 202.739.5365 | Mariela.Edwards@MorganLewis.com

+17

From: Peter C. Lemire [mailto:peter@coloradoiplaw.com]
Sent: Friday, July 11, 2014 2:07 PM
To: Sims III, James R.; Gross, Dana S.
Subject: Chuck Fryberger Films/Apple Vacations

Jim,

Can you confirm with me via e-mail the substance of our last phone discussion regarding what your client is willing to offer at this point in time to settle this matter with Chuck Fryberger Films. I would like to forward it on for his consideration.

Thanks,

**Peter C. Lemire, Esq.**
Leyendecker & Lemire, LLC
5460 S. Quebec St.
Suite 330
Greenwood Village, CO 80111
WWW.COLORADOIPLAW.COM
FAX: (303) 672-9200 Direct: (303) 768-0641
This e-mail is privileged &a mp; confidential attorney work product. If the recipient of this e-mail is not the intended recipient, please delete the e-mail and inform the sender of the error.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.